IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>)<br>BRIAN DALE LEE, )<br>)<br>          DEFENDANT. ) | CASE NO: 2:18-cr-264<br><br>**NOTICE OF APPEAL** |

Notice is herby given that BRIAN DALE LEE, the defendant named above, appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment in a Criminal Case entered in this action by the Honorable Richard Gergel on the 5th day of November 2019.

Respectfully submitted,

November 12, 2019

s/ Naki Richardson-Bax
FEDERAL ID #: 10809
The Bax Law Firm
2 Merchants Parkway Suite 210
Beaufort, SC 29907
Phone: (843) 522-0980
Fax: (843) 379-3115
ATTORNEY FOR THE DEFENDANT