# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF __South Carolina__

__Southern__

2025 AUG 18  9: 22

UNITED STATES OF AMERICA

Case No. __2:18-CR-00264-RMG__
(Write the number of your criminal case.)

v.

**MOTION FOR SENTENCE
REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)**

__Brian Dale Lee__
*Write your full name here.*

(*Pro Se* Inmate)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☒ Yes ☒ No

ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

Yes Please Seal 18 USC 3582 motion

1

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
|---|---|---|
| Proposed Release Plan | ☒Yes ☐No | ☐Yes ☒No |
| Additional Medical Information | ☒Yes ☐No | ☐Yes ☒No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☒Yes ☐No | ☐Yes ☒No |

## II. REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☒Yes ☐No

## III. SENTENCE INFORMATION

Date of Sentencing: _____ **11/06/2019**

Term of Imprisonment Imposed: _____ **293 months**

Approximate Time Served to Date: _____ **90 months**

Projected Release Date: _____ **1/30/2039** 2038 (BL)

Length of Term of Supervised Release: _____ **10 years**

Have you filed an appeal in your case?

☒Yes ☐No

Are you subject to an order of deportation or an ICE detainer?

☐Yes ☒No

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on (date) **6/10/2025** .
☐ No, I did not submit a request for compassionate release to the warden.

If you answered "No," please explain why not.

_____

_____

Did the warden deny your request?

☒ Yes, the warden denied my request on (date) _June 30, 2025_ .
☐ No, I did not submit a request for compassionate release to the warden.

## V. GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

---

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

# REDUCTION IN SENTENCE APPLICATION

*Personal*

6/10
MRV

NAME: Brian Lee     REG No. 33304-171     Date: 6/09/2025

WHO IS YOUR PHYSICIAN (circle): Dixon   Moose   Lorenzino   McClain   Lee Ho   (Swords, S.)   Swords, R.

## Choose **One** Criteria: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**

[X] Medical Circumstances:
- [X] Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy
- [X] Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled

[ ] Elderly Inmates with a Medical Condition:
- [ ] "New Law" Elderly Inmates – Have to have served 30 years of a sentence
- [ ] Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.

[ ] Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

## To be filled out by Inmate:

Briefly describe your medical condition:

*End stage Renal Failure / Hypertension / Dialysis dependent / related CKD exasperating and complications. Sleep Apnea / related obesity / Asthma / Hemoglobin deficiency / Pulmonary issues*

PREVIOUSLY APPLIED (YES) or NO (circle)? IF Yes, how has your condition changed? *Conditions have worsened with access to appropriate medical care being diminished.*

**RELEASE PLAN:** (MUST PROVIDE ALL INFORMATION. ACCEPTANCE LETTER REQUIRED FOR TREATMENT PROGRAM)

Release plan contact information: NAME: **Candy Duff**    RELATIONSHIP TO YOU: **Mother-in-Law**

COMPLETE ADDRESS: **309 Duckpond Lane   Knightville, SC 29483**   TELEPHONE NUMBER: **843-730-3557**

When was the last time you spoke to this person concerning your release plan? **weekly**

Where will you receive your medical treatment? NAME OF HOSPITAL/CLINIC: **Diveeda Hospital**

COMPLETE ADDRESS: **Summerville, SC 29485**   How will you pay for your treatment? **Medicaid/Medicare**

Have you previously received Social Security Benefits? YES or (NO) Have you previously received VA Benefits: YES or (NO) (circle).

What is your Projected Release Date? **12/30/2038**   Where were you sentenced (District)? **Southern District of South Carolina**

Do you have Pending Charges/Detainers? YES or (NO) (circle) Where are the charges located? _____

OTHER COMMENTS/INFORMATION: *Shortage of Medical staff, No timely access to Nephrologist, No medically motivated application to the Kidney transplant list. Access to the Kidney transplant list left in the hands of non medical staff. Unhealthy and life threatening environmental hazard exposure.*

## For Staff Use Only:

PRD: _____ DTN: _____ PERCENTAGE SERVED: _____ TIME SERVED: _____

CIMS: _____ VNS: _____ ICE: _____ CITZ: _____ CASE MANAGER: _____

DATE RECEIVED BY UNIT TEAM STAFF: _____



**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

*Office of the Warden*            *Springfield, Missouri 65807*

June 30, 2025

Lee, Brian
Reg. No. 33304-171

RE:      Request for Reduction in Sentence

Dear Mr. Lee,

You requested a reduction in sentence (RIS) based on your medical condition. This letter is to advise you that your request was reviewed considering all factors listed in Section 7 of Program Statement 5050.50.

After review of your case, your request is denied because you do not meet the medical criteria. While you have chronic medical issues, you do not have a debilitating medical condition that leaves you disabled or capable of only limited self-care. You live on an ambulatory unit. Medical records indicate you are able to care for yourself and need no assistance with your activities of daily living. Your life expectancy prediction is greater than 18 months which does not meet terminal criteria. Your application references other concerns, such as transplant and staffing levels, but those concerns are not covered by the program statement. Accordingly, you are not appropriate for RIS at this time.

If you are not satisfied with this decision, you may exercise your appeal rights through the Administrative Remedy Procedure by contacting your unit counselor.

Sincerely,

M. King
Warden

## A. Are you at least 70 years old?

☐ Yes ☒ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. *See* §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes ☒ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☒ Yes ☐ No

## B. Do you believe there are other extraordinary and compelling reasons for your release?

☒ Yes ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☒ I am suffering from a terminal illness. *See* §1B1.13(b)(1)(A).

☒ I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. *See* §1B1.13(b)(1)(B).

☒ I am suffering from a medical condition th..t requires long-term or specialized medical care that is not being provided and without which I am at risk of serious deterioration in health or death. *See* §1B1.13(b)(1)(C).

☐ There is an ongoing outbreak of infectious disease or ongoing public health emergency affecting, or at imminent risk of affecting, my correctional facility that, due to personal health risk factors and custodial status, has caused me an increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency, and such risk cannot be adequately mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐ I am 65 years old or older; I am experiencing a serious deterioration in physical or mental health because of the aging process; and I have served at least 10 years or 75 percent of my term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☐ The caregiver of minor child/children or my child/children who is/are 18 years of age or older and incapable of self-care because of a mental or physical disability or mental condition has died or become incapacitated, and I am the only available caregiver for my child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☐ My spouse/registered partner, parent, immediate family member (child, spouse, registered partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is similar to that of an immediate family member has become incapacitated, and I am the only available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☐ While serving this sentence, I was a victim of:

- sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
- physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or contractor of the BOP or any other individual having custody or control over me. *See* §1B1.13(b)(4).

☒ There is another circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described above, are similar in gravity to the reasons described above. *See* §1B1.13(b)(5).

☐ I received an unusually long sentence, I have served at least 10 years of the term of imprisonment, and a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) would produce a gross disparity between the sentence

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

The Petitioner is presenting this Compassionate Release Motion based on the documented facts that he is suffering from a terminal illness that has been seen by both the Court and the Government as an extraordinary and compelling reason. He also asserts that he is suffering from physical and medical conditions along with deterioration in his physical or mental health that substantially diminishes his ability to provide self-care within the enviroment of a correctional facility.

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

[X] Yes [ ] No

If you answered "Yes," were any of your previous motions granted?

[ ] Yes [X] No

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

First, my medical issues have grown more severe and have effected my body's ability to accept a kidney transplant if and when the FBOP allows me to receive one. Other 1B1.13 issues are available for me to seek relief according to the Guidelines set forth by the United States Sentencing Commission. What was once considered appropriate treatment for my End-Stage-Renal-Failure has recently been found to be both ineffective and dangerous. Recently other U.S. District Courts have found that the medical treatment for renal failure at Springfield MCFP has fallen well short of adequate and life sustaining.

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

8-6-25
Date

Signature

**Brian Dale Lee**
Printed Name

**33304-171**
Federal Bureau of Prisons Register No.

**MCFP Springfield**
Federal Bureau of Prisons Facility

**P.O. Box 4000  Springfield,MO  65801-4000**
Institution's Address

ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## FOR THE

<u>Southern</u>    DISTRICT OF   <u>South Carolina</u>

UNITED STATES OF AMERICA

Case No. <u>**2:18-CR-00264-RMG**</u>
(Write the number of your criminal case.)

v.

<u>**Brian Dale Lee**</u>
Write your full name here.

## PROPOSED RELEASE PLAN
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

 ☒ Yes ☒ No

ATTACHMENT 1

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

## A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison.

309 Duckpond Lane

Knightville, SC  29483

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

Candy Duff                843-730-3557

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

Robert Duff  63years old  Father-in-Law, Ashlei Duff  38 years old

Kyndele Duff  18 years old  Daughter

Do you know where you will work if you are released?  If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

Disabled

List any additional housing or employment resources available to you.

No additional housing

## B. Medical Needs

Will you require ongoing medical care if you are released from prison?

[X] Yes ☐ No

## ATTACHMENT 1

Will you have access to health insurance if released?

☐ Yes ☒ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

_____

_____

If no, how do you plan to pay for your medical care?

**Medicaid/Medicare**

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes ☐ No

If yes, please include them with your motion.

If no, where are the records located?

_____

_____

Are you prescribed medication in the facility where you are incarcerated?

☒ Yes ☐ No

If yes, list all prescribed medication, dosage, and frequency.

*See attached information in Attachment 2 "medical Records and Additional medical Information".*

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☒ Yes ☐ No

## ATTACHMENT 1

If yes, list equipment required.

**Wheelchair, CPAP Machine**

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes ☒ No

If yes, list the required assistance and how it will be provided.

Do you require assisted living?

☐ Yes ☒ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes ☐ No

Do you have other community support that can assist with your medical needs?

☐ Yes ☒ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

Will you have transportation to and from your medical appointments?

☒ Yes ☐ No

## ATTACHMENT 1

Describe the method of transportation.

**Personal Vehicle**

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

8-6-25
Date

**Brian Dale Lee**
Printed Name

**33304-171**
Federal Bureau of Prisons Register No.

**MCFP Springfield**
Federal Bureau of Prisons Facility

**P.O. Box 4000 Springfield,MO 65801-4000**
Institution's Address

Signature

ATTACHMENT 2

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF  **South Carolina**

UNITED STATES OF AMERICA

v.

**Brian Dale Lee**
Write your full name here.

Case No.  **2:18-CR-00264-RMG**
(Write the number of your criminal case.)

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

| NOTICE |
|---|
| The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number. |

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

[X] Yes [X] No

| | | | |
|---|---|---|---|
| Complex: | SPG--SPRINGFIELD USMCFP | Begin Date: N/A | End Date: N/A |
| Inmate: | LEE, BRIAN DALE | Reg #: 33304-171 | Quarter: V01-047L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Peanut (Diagnostic) Peanuts/peanut butter | Anaphylaxis | 06/11/2021 |
| Penicillins At 7 y.o had "rash and couldn't breathe" | Rash | 09/29/2023 |

## Active Prescriptions

**Epoetin Alfa-epbx (Retacrit)  2000 UNIT/ML, 1ml**
**DIALYSIS** Inject 3,000 units IV three times a week on Tuesday, Thursday and Saturday ***pill line***
Rx#:  752451-SPG        Doctor:  Cole, Caitlin FNP
Start:  06/03/25        Exp: 11/30/25                Pharmacy Dispensings: 0 ML in 14 days

**Heparin Sodium  1,000 Units/ML, 30 ML Inj**
**DIALYSIS** Inject 500 units/hour per pump x 3 hours on Tuesday, Thursday and Saturday with dialysis ***pill line***
Rx#:  750002-SPG        Doctor:  Swords, Stephanie (MOUD) MD
Start:  05/07/25        Exp: 11/03/25                Pharmacy Dispensings: 0 ML in 41 days

**Heparin Sodium  1,000 Units/ML, 30 ML Inj**
**DIALYSIS** Inject 3,000 units IV on Tuesday, Thursday and Saturday as a bolus with dialysis ***pill line***
Rx#:  750003-SPG        Doctor:  Swords, Stephanie (MOUD) MD
Start:  05/07/25        Exp: 11/03/25                Pharmacy Dispensings: 0 ML in 41 days

**Acetaminophen 325 MG Tab**
Take two tablets (650 MG) by mouth three times daily AS NEEDED
Rx#:  749994-SPG        Doctor:  Swords, Stephanie (MOUD) MD
Start:  05/07/25        Exp: 11/03/25                Pharmacy Dispensings: 300 TAB in 41 days

**Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT**
*SHAKE WELL* Inhale 2 puffs by mouth four times daily AS NEEDED for shortness of breath, chest tightness, wheezing
Rx#:  735953-SPG        Doctor:  Swords, Stephanie (MOUD) MD
Start:  12/13/24        Exp: 12/13/25                Pharmacy Dispensings: 68 GM in 186 days

**Aspirin 81 MG EC Tab**
Take one tablet (81 MG) by mouth each evening ***pill line***
Rx#:  746872-SPG        Doctor:  Swords, Stephanie (MOUD) MD
Start:  04/03/25        Exp: 12/13/25                Pharmacy Dispensings: 80 TAB in 75 days

## Active Prescriptions

**Rx#:** 750004-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 05/07/25     **Exp:** 11/03/25        **Pharmacy Dispensings:** 90 Patch in 41 days

Losartan potassium 25 MG Tab
Take one tablet (25 MG) by mouth at noon ***pill line***
**Rx#:** 751601-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 05/22/25     **Exp:** 05/22/26        **Pharmacy Dispensings:** 31 TAB in 26 days

Minoxidil 2.5 MG Tab
Take two tablets (5 MG) by mouth twice daily at 1000 and 2100 ***pill line***
**Rx#:** 751602-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 05/22/25     **Exp:** 05/22/26        **Pharmacy Dispensings:** 126 TAB in 26 days

Omeprazole 20 MG Cap
Take one capsule (20 MG) by mouth twice daily
**Rx#:** 747444-SPG     **Doctor:** Garrison, Sara FNP-C
**Start:** 04/10/25     **Exp:** 04/10/26        **Pharmacy Dispensings:** 180 CAP in 68 days

Ondansetron 4 MG Tab
Take two tablets (8 MG) by mouth three times daily AS NEEDED for nausea
**Rx#:** 750005-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 05/07/25     **Exp:** 11/03/25        **Pharmacy Dispensings:** 270 TAB in 41 days

oxyCODONE HCl 5 MG Tab UD
***crush/empty*** Take two tablets (10 MG) by mouth twice daily at any pill line AS NEEDED for chronic pain *consent form on file * ***pill line***
**Rx#:** 752351-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 06/02/25     **Exp:** 07/02/25        **Pharmacy Dispensings:** 0 TAB in 15 days

rOPINIRole HCl 1 MG TAB
Take two tablets (2 MG) by mouth every night at bedtime ***pill line***
**Rx#:** 752822-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 06/06/25     **Exp:** 04/11/26        **Pharmacy Dispensings:** 34 TAB in 11 days

rOPINIRole HCl 1 MG TAB
Take one tablet (1 MG) by mouth each morning *please administer before dialysis on dialysis days* ***pill line***
**Rx#:** 752823-SPG     **Doctor:** Swords, Stephanie (MOUD) MD
**Start:** 06/06/25     **Exp:** 04/11/26        **Pharmacy Dispensings:** 16 TAB in 11 days

Sevelamer Carbonate 800 MG Tab
Take four tablets (3200 MG) by mouth three times a day with meals---Take two tablets (1600 MG) by mouth twice daily with snacks
**Rx#:** 735980-SPG     **Doctor:** Swords, Stephanie (MOUD) MD

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | LEE, BRIAN DALE | | Reg #: 33304-171 |
| Date of Birth: | 05/17/1979 | Sex: M Race: WHITE | Facility: SPG |
| Encounter Date: | 01/16/2025 12:46 | Provider: Swords, Stephanie | Unit: V02 |

**Reviewed Health Status:** Yes

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Swords, Stephanie (MOUD) MD

Chief Complaint:    Other Problem

Subjective:    Pt is a nondiabetic and has had 3 readings following dialysis with symptomatic hypoglycemia
. Per nursing notes, pt eats crackers and skittles during dialysis prior to the low readings.
He is not on any medications known to cause hypoglycemia.
He did have a recent gastroenteritis with N/V/D last week per APP note.
He has not had any significant weight loss over the last year.

Of note, in 2023 he had an adrenal nodule measuring 1.9 cm that was evaluated by
endocrinology and thought to be a benign nonfunctioning adrenal adenoma.

Will order accuchecks qid for 1 week for more readings.
Will check an insulin and C peptide level with the next documented low BG.
Will consider Corsyntropin stim test to look for adrenal insufficiency if these are normal.

Pain:    Not Applicable

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Peanut (Diagnostic) | Anaphylaxis | Peanuts/peanut butter |
| Penicillins | Rash | At 7 y.o had "rash and couldn't breathe" |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs,
materials, food and environmental factors with the patient on 01/16/2025 12:46 by Swords, Stephanie (MOUD) MD

**OBJECTIVE:**

**ASSESSMENT:**

Hypoglycemia, E162 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-I-Insulin | One Time | 01/21/2025 00:00 | Routine |
| Lab Tests-C-C-Peptide | | | |

Additional Information:
** to be drawn in the 1-2 clinic after dialysis on 1/21/25 IF the BG is <
60.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Glucose | QID | 14 days | | Swords, Stephanie (MOUD) MD |

| Inmate Name: LEE, BRIAN DALE | | Reg #: 33304-171 |
|---|---|---|
| Date of Birth: 05/17/1979 | Sex: M Race: WHITE | Facility: SPG |
| Encounter Date: 01/21/2025 11:25 | Provider: Swords, Stephanie | Unit: V02 |

**Reviewed Health Status:** Yes

Physician - Follow up Visit encounter performed at Dialysis Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Swords, Stephanie (MOUD) MD

Chief Complaint: NEUROLOGY

Subjective: Pt sent me a cop out requesting and increase in his ropinirole dose due to persistent nocturnal RLS sx.
He says the increase from 2 to 3 mg at bedtime has been beneficial for these so will continue the current dose

Pain: Not Applicable

COMPLAINT 2    Provider: Swords, Stephanie (MOUD) MD

Chief Complaint: Other Problem

Subjective: Pt had hypoglycemia again this morning after dialysis and insulin and C peptide labs were drawn. WIll add a glucose to the order

Pain: Not Applicable

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Peanut (Diagnostic) | Anaphylaxis | Peanuts/peanut butter |
| Penicillins | Rash | At 7 y.o had "rash and couldn't breathe" |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 01/21/2025 11:25 by Swords, Stephanie (MOUD) MD

**OBJECTIVE:**

**ROS Comments**
improved RLS sx

**Exam Comments**
Cooperative in NAD
Constitutional: No fever , chills
lungs: nonlabored  respirations
psych:normal mood and affect

**ASSESSMENT:**

Hypoglycemia, E162 - Current

Restless legs syndrome, G2581 - Current - *on Requip*

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-G-Glucose | One Time | 01/21/2025 00:00 | Today |

| | | | |
|---|---|---|---|
| Inmate Name: LEE, BRIAN DALE | | | Reg #: 33304-171 |
| Date of Birth: 05/17/1979 | Sex: M Race: WHITE | | Facility: SPG |
| Encounter Date: 02/11/2025 12:40 | Provider: Swords, Stephanie | | Unit: M02 |

**Reviewed Health Status:** Yes

Physician - Follow up Visit encounter performed at Dialysis Unit.

**SUBJECTIVE:**

COMPLAINT 1     Provider: Swords, Stephanie (MOUD) MD

Chief Complaint: ENDO/LIPID

Subjective: I stopped in dialysis to tell pt about his hypoglycemia workup and the pending endocrine consult.
He says he is still getting hypoglycemic every dialysis treatment despite eating crackers the whole time.

He again asked me about a glucometer and said he has been using someone else's before he goes to the nurse to have it recorded.

Since this continues to occur daily and pt has been following up with staff, will provide him with his own glucometer and instruction

Pain: Not Applicable

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Peanut (Diagnostic) | Anaphylaxis | Peanuts/peanut butter |
| Penicillins | Rash | At 7 y.o had "rash and couldn't breathe" |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 02/11/2025 12:40 by Swords, Stephanie (MOUD) MD

**OBJECTIVE:**

**ROS Comments**
right sided chest pain with coughing

**Exam Comments**
Cooperative in NAD
Constitutional: No fever , chills
lungs: nonlabored  respirations
psych:normal mood and affect
15-20 cracker wrappings scattered at chairside

**ASSESSMENT:**

Hypoglycemia, E162 - Current - *01-25 normal insulin , high C peptide and neg autoinsulin Ab, CT abd neg,endocrine consult pending,*

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Consultation | 03/11/2025 00:00 | Nurse - DM/HTN |

Please provide pt with a glucometer and instructions for use due to recurrent hypoglycemia.
Please educate pt that if he has a low reading, he needs to go to his unit nurse for treatment and to record the

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Indication:  Pain, unspecified | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 05/10/2025 | Routine |

Specific reason(s) for request (Complaints and findings):

R pleuritic pain following RLL pneumonia last month

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/10/2025 | Counseling | Plan of Care | Swords, Stephanie | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Swords, Stephanie (MOUD) MD on 04/10/2025 12:25

Requested to be reviewed by Lane, Casey FNP-C.

Review documentation will be displayed on the following page.

| Inmate Name: | LEE, BRIAN DALE | | | Reg #: | 33304-171 |
|---|---|---|---|---|---|
| Date of Birth: | 05/17/1979 | Sex: | M    Race: WHITE | Facility: | SPG |
| Encounter Date: | 05/01/2025 11:23 | Provider: | Swords, Stephanie | Unit: | V01 |

**Reviewed Health Status:**    Yes

Physician - Follow up Visit encounter performed at Dialysis Unit.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: Swords, Stephanie (MOUD) MD

Chief Complaint:    HYPERTENSION

Subjective:    Pt was seen in dialysis and he said his BP has been running too low on dialysis days while in dialysis.
Today, his readings show SBPs as low as the 80's, and it was 109 at the time I saw him.
He is requesting to lower the dose of his carvedilol.
He has a history of palpitations although his Holter and cardiac stress tests and caths were normal without evidence of CAD.

I would like to continue to Coreg in light of the previous complaints of palpitations and pt is hesitant to stop the minoxidil since he says his BP jumps up as soon as the dose is lowered.
I recommend stopping the nocturnal amlodipine at bedtime and will follow up on his BP readings in 2 weeks.

Pain:    Not Applicable

COMPLAINT **2**        Provider: Swords, Stephanie (MOUD) MD

Chief Complaint:    ENDO/LIPID

Subjective:    Pt was inquiring about his upcoming endocrine appt. He has been having hypoglycemia of unclear etiology and has an upcoming appt with endocrine via telehealth on June 10.
Will ask his unit nurse to notify pt of this per his inquiry.

Pain:    Not Applicable

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Peanut (Diagnostic) | Anaphylaxis | Peanuts/peanut butter |
| Penicillins | Rash | At 7 y.o had "rash and couldn't breathe" |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/01/2025 11:23 by Swords, Stephanie (MOUD) MD

**OBJECTIVE:**

**ROS Comments**
    low BP readings

**Exam Comments**
    Cooperative in NAD
    Constitutional: No fever , chills
    lungs: nonlabored  respirations
    psych:normal mood and affect

**ASSESSMENT:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | LEE, BRIAN DALE | | | Reg #: | 33304-171 |
| Date of Birth: | 05/17/1979 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/09/2025 14:21 | Provider: | Swords, Stephanie | Facility: | SPG |

Reviewed by Lane, Casey FNP-C on 05/09/2025 14:39.

His last DFE was 1/2024 and showed no retinopathy and NSC OU. Rec f/u in 1 year has been scheduled

Last CXR in 9/24 showed mild cardiomegaly

Last EKG 12/4/23 showed Sinus rhythm with 1st degree AVB (PR=0.24 sec), a nonspecific intraventricular block , TWI avL, q waves V2-V4. These EKG findings are the same as those of 3/22 except for the 1st degree AVB is new.

Last ECHO in 4/22 showed moderate LVH, EF 58%, grade 2 DD, a dilated LA and mild MR and TR

A1C 4.8%

**Pain:** Not Applicable

---

COMPLAINT **5**  Provider: Swords, Stephanie (MOUD) MD

Chief Complaint: CARDIAC

Subjective: Pt has a history of an MI in 2013 while he was heavily engaged in drug use so this was likely due to demand ischemia. This was medically managed and he did not have stents or a bypass done.
Pt had a cardiac cath at Mercy in 7/2020 that did not show any coronary blockage which is consistent with this being demand ischemia.

CHEST PAIN:
Today, pt reports that over the last 3 months he has chest tightness post dialysis that occurs while he is at rest. He says the pain is pretty severe but since it resolves in about 7 minutes, he has not gone to get an EKG at the nurse's station nor has he reported it. He says he occasionally gets a sharp pain while he is at work but says that pain is different from the chest tightness he gets at rest after dialysis. He says the chest tightness is associated with left arm pain and nausea and SOB and does not get better with TUMS.
He says walking or exerting himself does not reproduce these symptoms.
He has a strong paternal FH of premature CAD and his father died at 37 y.o. from an MI.

He is on a daily baby aspirin which was started by his previous doctors on the outside but has been off statins due to myalgias with recent ASCVD risk calcuated at 1.6%.

Plan: Will order a nuclear medicine cardiac stress test for follow up even though the pain is atypical

PALPITATIONS:

He last saw cardiology on 6/2022 for complaints of palpitations which he described as lasting for up to 10 seconds with associated sharp chest pains. He had 2 Holter monitors done which did not show any significant arrhythmias . One showed occasional PVCs and PACs and one 4 beat run of SVT. Cardiology felt that the palpitations were likely PACs and PVCs and he was to follow up prn.
Today he says he has not had any recently but admitted that he was using someone else's Lokelma when these were occurring because he thought his potassium was too high. I told him never to do this and showed him his potassium trends which have always been good.

**Pain:** Not Applicable

---

COMPLAINT **6**  Provider: Swords, Stephanie (MOUD) MD

Chief Complaint: ENDO/LIPID

Subjective: HYPOTHYROIDISM:

| | | |
|---|---|---|
| Inmate Name: LEE, BRIAN DALE | | Reg #: 33304-171 |
| Date of Birth: 05/17/1979 | Sex: M  Race: WHITE | Facility: SPG |
| Encounter Date: 05/09/2025 14:21 | Provider: Swords, Stephanie | Unit: V01 |

**Reviewed Health Status:** Yes

Physician - Follow up Visit encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Swords, Stephanie (MOUD) MD

Chief Complaint: NEUROLOGY

Subjective:   Pt stopped me in the tunnel complaining of the return of RLS sx. He described the sensation of something crawling under his skin that is worse at night.
He is currently on 3 mg ropinirole at bedtime which is the max dose recommended for ESRD on HD.
We discussed the addition of gabapentin to his regimen and he said, "You gotta do something , doc."

He was previously on gabapentin and Lyrica for painful neuropathy but reported these did alleviate his pain.
Will re try one of these gabapentinoids along with the ropinirole for RLS sx and NOT neuropathy to see if this helps his sx .
Will place NF request

Pain:   Not Applicable

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Peanut (Diagnostic) | Anaphylaxis | Peanuts/peanut butter |
| Penicillins | Rash | At 7 y.o had "rash and couldn't breathe" |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/09/2025 14:21 by Swords, Stephanie (MOUD) MD

**OBJECTIVE:**

**ROS Comments**

RLS sx

**Exam Comments**

Cooperative in NAD, walking in the tunnel without ambulatory assistance
Constitutional: No fever , chills
lungs: nonlabored respirations
psych:normal mood and affect

**ASSESSMENT:**

Restless legs syndrome, G2581 - Current - *on Requip, gaba requested in addition*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Gabapentin Tablet/Capsule ( Neurontin) | 05/09/2025 14:21 |
| | **Prescriber Order:**   100 mg Orally  at bedtime x 180 day(s) Pill Line Only | |

Inmate Name: LEE, BRIAN DALE
Date of Birth: 05/17/1979
Encounter Date: 05/22/2025 11:09

Sex: M   Race: WHITE
Provider: Swords, Stephanie

Reg #: 33304-171
Facility: SPG
Unit: V01

| Rx# | Medication | Stop Date | SIG |
|-----|------------|-----------|-----|
|     |            |           | evening |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|-----|------------|-----------|-----|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|------------|-----------|------------|-----------|
| No OTCs to be Reconciled. | | | |

Allergies
Peanut (Diagnostic)

Penicillins

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|---------------|--------------------|
| Follow-up | 06/05/2025 00:00 | Physician 03 |
| follow up on BP readings and RLS sx from visit 5/22/25 | | |

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 05/22/2025 | Counseling | Plan of Care | Swords, Stephanie | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Swords, Stephanie (MOUD) MD on 05/22/2025 11:20
Requested to be reviewed by Lane, Casey FNP-C.

Review documentation will be displayed on the following page.

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 05/22/2025 | 05:38 SPG | 135/81 | Right Arm | Standing | Adult-regular | Worley, Tasha RN |
| 05/20/2025 | 10:11 SPG | 112/59 | | | | Lane, Casey FNP-C |

## ROS Comments

RLS sx

## Exam Comments

Cooperative in dialysis with constant movement of his legs while in the chair
Constitutional: No fever , chills
lungs: nonlabored  respirations
psych:normal mood and affect

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current - *on Coreg, minox, and losartan;*
*03-24 saliva cortisol nml;*
*03-22 EKG NSR, LVH, ? old anteroseptal infarct*

Restless legs syndrome, G2581 - Current - *on Requip, gaba*

## PLAN:

## Medication Reconciliation.
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

### New Medication Orders:

| Rx# | Medication | Order Date |
|-----|------------|------------|
| | Gabapentin Capsule/Tablet | 05/22/2025 11:09 |

    **Prescriber Order:**    100 mg Orally -  Two Times a Day x 180 day(s) Pill Line Only -- ** please administer at 1000 and 2100 pill lines

    Indication:   Restless legs syndrome

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|-----|------------|------------|
| 751416-SPG | Carvedilol 12.5 MG Tab | 05/22/2025 11:09 |

    **Prescriber Order:**    Take one tablet (12.5 MG) by mouth two times a day x 365 day(s) Pill Line Only -- ** please administer at 1000 and 2100 pill lines

    Indication:   Essential (primary) hypertension

| Rx# | Medication | Order Date |
|-----|------------|------------|
| 735975-SPG | Losartan potassium  25 MG Tab | 05/22/2025 11:09 |

    **Prescriber Order:**    Take one tablet (25 MG) by mouth each day x 365 day(s) Pill Line Only -- ** please administer at 1000 pill line

    Indication:   Essential (primary) hypertension

| Rx# | Medication | Order Date |
|-----|------------|------------|
| 750927-SPG | Minoxidil 2.5 MG Tab | 05/22/2025 11:09 |

    **Prescriber Order:**    Take two tablets (5 MG) by mouth twice daily at morning and bedtime pill line x 365 day(s) Pill Line Only -- ** please administer at 1000 and 2100 pill lines

    Indication:   Essential (primary) hypertension

### Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|-----|------------|------------|
| *750753-SPG* | *Gabapentin 100 MG CAP* | *05/22/2025 11:09* |

    **Prescriber Order:**    *\*\*\*crush/empty\*\*\* Take one capsule (100 MG) by mouth at bedtime*

    Discontinue Type:   *When Pharmacy Processes*

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|-------|-----------|----------|---------|-----------|
| | Order Date: | 01/16/2025 | | |
| Nursing Intervention | One Time | | Please inform pt that he needs to come to the 1-2 clinic immediately (MOUD) MD after dialysis on Tuesday 1/21/25 for an accucheck and lab draw | Swords, Stephanie |
| | Order Date: | 01/16/2025 | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 01/16/2025 | Not Done | | Swords, Stephanie | No Participation |

Copay Required: No          Cosign Required:  No

Telephone/Verbal Order:   No

Completed by Swords, Stephanie (MOUD) MD on 01/16/2025 13:07

Requested to be reviewed by  Lane, Casey FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 33304-171          Inmate Name: LEE, BRIAN DALE

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Viral wart** | | | | | | |
| 06/12/2025 14:37 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | B079 | 06/12/2025 | Current | |
| **Anemia, unspecified** | | | | | | |
| 04/04/2023 16:07 EST  Swords, Stephanie MD of CKD, on dialysis ESA/Iron protocols, macrocytosis with Vit B12 Nl; | | ICD-10 | D649 | 2020 | Current | |
| 01/12/2022 11:08 EST  Wilson, Arlene MD of CKD, on dialysis ESA/Iron protocols | | ICD-10 | D649 | 2020 | Current | |
| 03/12/2020 08:33 EST  Moose, S. MD of CKD, on dialysis ESA/Iron protocols | | ICD-10 | D649 | Unknown | Current | |
| 03/11/2020 13:52 EST  Lewis, Katie FNP | | ICD-10 | D649 | 03/11/2020 | Current | |
| **Hypothyroidism** | | | | | | |
| 05/29/2025 14:42 EST  Moose, S. (MOUD) MD, CD 01-25 TSH 2.4 on Levo 75mcg | | ICD-10 | E039 | 2021 | Current | |
| 01/22/2025 14:13 EST  Swords, Stephanie (MOUD) MD 01-25 TSH 2.38; 01-24 TSH 2.59; 01-23 TSH 2.35; 09-22 TSH 3.4 on Levo 75mcg. | | ICD-10 | E039 | 2021 | Current | |
| 01/18/2024 15:31 EST  Swords, Stephanie MD 01-24 TSH 2.59; 01-23 TSH 2.35; 09-22 TSH 3.4 on Levo 75mcg. | | ICD-10 | E039 | 2021 | Current | |
| 01/20/2023 12:13 EST  Swords, Stephanie MD 01-23 TSH 2.35; 09-22 TSH 3.4 on Levo 75mcg. | | ICD-10 | E039 | 2021 | Current | |
| 12/28/2022 15:52 EST  Swords, Stephanie MD 09-22 TSH 3.4 on Levo 75mcg. | | ICD-10 | E039 | 2021 | Current | |
| 09/20/2022 11:34 EST  Moose, S. (MAT) MD 09-22 TSH 3.4 on Levo 50mcg. | | ICD-10 | E039 | 2021 | Current | |
| 04/07/2022 12:46 EST  Moose, S. (MAT) MD 02-22 TSH 6.9: Rx Levo 50 mcg.; 03-21 TSH 5.1; fT4 1.0 | | ICD-10 | E039 | 2021 | Current | |
| 03/18/2022 15:29 EST  Wilson, Arlene MD 02-22 TSH 6.9- start Levo 50 mcg. | | ICD-10 | E039 | 2021 | Current | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/18/2024 15:31 EST  Swords, Stephanie MD | | ICD-10 | E559 | 2020 | Current | |
|     01-24 D25 OH 33; | | | | | | |
|     01-23 D25-OH 39; | | | | | | |
|     01-22 D25-OH 36 on D3 @2,000 u/d | | | | | | |
| 01/20/2023 12:13 EST  Swords, Stephanie MD | | ICD-10 | E559 | 2020 | Current | |
|     01-23 D25-OH 39; | | | | | | |
|     01-22 D25-OH 36 on D3 @2,000u/d | | | | | | |
| 12/28/2022 15:52 EST  Swords, Stephanie MD | | ICD-10 | E559 | 2020 | Current | |
|     01-22 D25-OH 36 on D3 @2,000u/d | | | | | | |
| 02/18/2022 09:49 EST  Moose, S. MD | | ICD-10 | E559 | 2020 | Current | |
|     01-22 D25-OH 46 on D3 @2,000u/d | | | | | | |
| 01/12/2022 11:11 EST  Wilson, Arlene MD | | ICD-10 | E559 | 2020 | Current | |
|     01-22: D25-OH 45.9 | | | | | | |
|     D 25 OH 23.9; starting Cholecalciferol 2000 u/d | | | | | | |
| 04/03/2020 15:49 EST  Moose, S. MD | | ICD-10 | E559 | 2020 | Current | |
|     D 25 OH 23.9; starting Cholecalciferol 2000 u/d | | | | | | |
| 03/23/2020 16:55 EST  Wilson, A. MD | | ICD-10 | E559 | 03/23/2020 | Current | |
|     D 25 OH 23.9; starting Cholecalciferol 2000 u/d | | | | | | |
| **Obesity** | | | | | | |
| 12/13/2024 15:37 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | E669 | Unknown | Current | |
|     12-24 BMI 32.9 | | | | | | |
|     9-23 227# BMI 31.7; | | | | | | |
|     10-22 243# BMI 34; | | | | | | |
|     04-21 280# BMI ~38; | | | | | | |
|     03-20 298# BMI 41.7, | | | | | | |
|     Ht 7'1" | | | | | | |
| 01/04/2024 15:10 EST  Raube, Taylor FNP-BC | | ICD-10 | E669 | Unknown | Current | |
|     1-24 BMI 32.5 | | | | | | |
|     9-23 227# BMI 31.7; | | | | | | |
|     10-22 243# BMI 34; | | | | | | |
|     04-21 280# BMI ~38; | | | | | | |
|     03-20 298# BMI 41.7; | | | | | | |
|     Ht 7'1" | | | | | | |
| 10/30/2023 15:25 EST  Moose, S. (MAT) MD | | ICD-10 | E669 | Unknown | Current | |
|     09-23 227# BMI 31.7; | | | | | | |
|     10-22 243# BMI 34; | | | | | | |
|     04-21 280# BMI ~38; | | | | | | |
|     03-20 298# BMI 41.7. | | | | | | |
|     Ht 7'1" | | | | | | |
| 12/28/2022 15:52 EST  Swords, Stephanie MD | | ICD-10 | E669 | Unknown | Current | |
|     12-22 245# BMI 34.2 | | | | | | |
|     10-22 243# BMI 34 | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 05/09/2025 15:27 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | G2581 | 2023 | Current | |
| on Requip, gaba requested in addition | | | | | | |
| 11/01/2024 08:26 EST  Moose, S. (MOUD) MD, CD | | ICD-10 | G2581 | 2023 | Current | |
| on Requip | | | | | | |
| 04/11/2024 11:59 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | G2581 | 04/11/2024 | Current | |
| 11-23 ropinirole start; | | | | | | |
| 04/11/2024 11:58 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | G2581 | 04/11/2024 | Current | |
| Sleep apnea | | | | | | |
| 03/18/2022 15:29 EST  Wilson, Arlene MD | | ICD-10 | G4730 | 2008 | Current | |
| on CPAP @12cm H2O, large Vitera mask, headgear, heated humidifier; | | | | | | |
| 01/12/2022 11:15 EST  Wilson, Arlene MD | | ICD-10 | G4730 | 2008 | Current | |
| on CPAP @12cm H2O, large Vitera mask, headgear, heated humidifier; | | | | | | |
| 08/27/2020 14:14 EST  Moose, S. MD | | ICD-10 | G4730 | 2008 | Current | |
| on CPAP @12cm H2O, large Vitera mask, headgear, heated humidifier | | | | | | |
| 06/03/2020 14:36 EST  Moose, S. MD | | ICD-10 | G4730 | 2008 | Current | |
| 06-20 sleep study to resume CPAP; | | | | | | |
| 2008 CPAP | | | | | | |
| Mononeuropathy of lower limb | | | | | | |
| 12/20/2023 14:50 EST  Swords, Stephanie MD | | ICD-10 | G5790 | 2012 | Current | |
| LLE, Lyrica d/c 8/2023; | | | | | | |
| 11-17 L leg/knee Fx ORIF: chronic pain | | | | | | |
| 08/22/2022 12:33 EST  Wilson, Arlene MD | | ICD-10 | G5790 | 2012 | Current | |
| LLE, on Lyrica; | | | | | | |
| 11-17 L leg/knee Fx ORIF: chronic pain | | | | | | |
| 03/18/2022 15:27 EST  Wilson, Arlene MD | | ICD-10 | G5790 | 2012 | Current | |
| LLE, on Lyrica; | | | | | | |
| 11-17 L leg/knee Fx ORIF: chronic pain | | | | | | |
| 02/18/2022 09:49 EST  Moose, S. MD | | ICD-10 | G5790 | 2012 | Current | |
| LLE, on Lyrica; | | | | | | |
| 11-17 L leg/knee Fx ORIF: chronic pain | | | | | | |
| 01/27/2022 07:39 EST  Wilson, Arlene MD | | ICD-10 | G5790 | 2012 | Current | |
| Left foreleg-on Gabapentin (will be weaned off). Starting Pregabalin 1-27-22. | | | | | | |
| Essential (primary) hypertension | | | | | | |
| 05/01/2025 12:33 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | I10 | 2000 | Current | |
| on Coreg, minox, and losartan; | | | | | | |
| 03-24 saliva cortisol nml; | | | | | | |
| 03-22 EKG NSR, LVH, ? old anteroseptal infarct | | | | | | |
| 12/13/2024 15:37 EST  Swords, Stephanie (MOUD) MD | | ICD-10 | I10 | 2000 | Current | |
| on Coreg, minox, amlodipine and losartan; | | | | | | |
| 03-24 saliva cortisol nml; | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/03/2021 16:52 EST  Wilson, Arlene MD | | ICD-10 | I10 | 2000 | Current | |
| on Norvasc, Coreg, Hydralazine, Clonidine, Bumex; | | | | | | |
| 05-20 CXR WNL except ^heart; | | | | | | |
| 08-20 DFE no Retinop. | | | | | | |
| 08/21/2020 13:16 EST  Moose, S. MD | | ICD-10 | I10 | 2000 | Current | |
| on Norvasc, Coreg, Hydralazine, Clonidine, Bumex | | | | | | |
| 05-20 CXR WNL except ^heart; | | | | | | |
| 08-20 DFE no Retinop. | | | | | | |
| 08/19/2020 16:14 EST  Moose, S. MD | | ICD-10 | I10 | 2000 | Current | |
| on Norvasc, Coreg, Hydralazine, Clonidine, Bumex | | | | | | |
| 05-20 CXR WNL except ^heart; | | | | | | |
| 08-20 DFE no Retinop. | | | | | | |
| 05/29/2020 12:45 EST  Wilson, A. MD | | ICD-10 | I10 | 2000 | Current | |
| on Norvasc, Coreg, Hydralazine, Clonidine, Bumex | | | | | | |
| 05-20 CXR WNL except ^heart | | | | | | |
| 05/28/2020 16:15 EST  Moose, S. MD | | ICD-10 | I10 | 2000 | Current | |
| on Norvasc, Coreg, Hydralazine; | | | | | | |
| 05-20 CXR WNL except ^heart | | | | | | |
| 03/24/2020 07:56 EST  Wilson, A. MD | | ICD-10 | I10 | 2000 | Current | |
| on Norvasc, Coreg, Hydralazine | | | | | | |
| 03/12/2020 08:33 EST  Moose, S. MD | | ICD-10 | I10 | Unknown | Current | |
| on Norvasc, Coreg, Hydralazine | | | | | | |
| 03/11/2020 13:52 EST  Lewis, Katie FNP | | ICD-10 | I10 | 03/11/2020 | Current | |
| Constipation, unspecified | | | | | | |
| 12/13/2024 15:41 EST   Swords, Stephanie (MOUD) MD | | ICD-10 | K5900 | 2019 | Current | |
| on daily Colace, Bisacodyl-- linaclotide not approved | | | | | | |
| 12/28/2022 15:52 EST   Swords, Stephanie MD | | ICD-10 | K5900 | 2019 | Current | |
| on daily Colace, Bisacodyl, PRN Senna,  PEG-- linaclotide not approved | | | | | | |
| 11/28/2022 13:49 EST   Swords, Stephanie MD | | ICD-10 | K5900 | 2019 | Current | |
| on daily Colace, PRN Senna. PEG-- linaclotide not approved | | | | | | |
| 11/07/2022 12:40 EST   Swords, Stephanie MD | | ICD-10 | K5900 | 2019 | Current | |
| on daily Colace, PRN Senna, | | | | | | |
| 03/18/2022 15:30 EST  Wilson, Arlene MD | | ICD-10 | K5900 | 2019 | Current | |
| on daily Colace, PRN Senna, prune juice | | | | | | |
| 01/12/2022 11:21 EST  Wilson, Arlene MD | | ICD-10 | K5900 | 2019 | Current | |
| on daily Colace, PRN Senna, PRN Lactulose | | | | | | |
| 02/03/2021 16:49 EST  Wilson, Arlene MD | | ICD-10 | K5900 | 2019 | Current | |
| on Colace. PRN Senna | | | | | | |
| 03/12/2020 08:33 EST  Moose, S. MD | | ICD-10 | K5900 | Unknown | Current | |
| on Colace, PRN Senna | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 12-23 prev. help with inj so pain mgmt appt pending;<br>09-23 s/p fall --no show for PT; | | | | | | |
| 04-22 CT L-S spine: disc bulge L1-S1 w/mild neuroforamin sten;<br>10/04/2023 15:47 EST  Swords, Stephanie MD<br>09-23 s/p fall --no showed for PT;<br>04-22 CT L-S spine: disc bulges L1-S1 w/ mild neuroforamin stenosis;<br>02-22 L-S spine: mild to mod lumbar DDD; | | ICD-10 | M5450 | 2021 | Current | |
| 09/21/2023 12:43 EST  Raube, Taylor FNP-BC<br>04-22 CT L-S spine: Diffuse disc bulges L1-2 through L5-S1 w/ mild to mod foraminal<br>stenosis;<br>02-22 L-S spine: mild to moderate lumbar DDD; | | ICD-10 | M5450 | 2021 | Current | |
| 04/27/2022 08:21 EST  Wilson, Arlene MD<br>04-22 CT L-S spine: Diffuse disc bulges L1-2 through L5-S1 with mild to moderate<br>foraminal stenosis;<br>02-22 L-S spine: mild to moderate lumbar DDD; | | ICD-10 | M5450 | 2021 | Current | |
| 02/18/2022 15:42 EST  Wilson, Arlene MD<br>02-22 L-S spine: mild to moderate lumbar DDD; | | ICD-10 | M5450 | 2021 | Current | |
| 01/24/2022 16:59 EST  Wilson, Arlene MD<br>x several months, no injury: x-rays pending; | | ICD-10 | M5450 | 2021 | Current | |
| **Myalgia** | | | | | | |
| 10/30/2023 13:01 EST  Moose, S. (MAT) MD<br>05-23 CK 155 WNL but stopped Crestor | | ICD-10 | M791 | 2023 | Current | |
| 05/17/2023 09:14 EST  Swords, Stephanie MD<br>05-23 stop rosuvastatin;CK normal at 155; | | ICD-10 | M791 | 05/11/2023 | Current | |
| 05/11/2023 14:59 EST  Swords, Stephanie MD<br>05-23 stop rosuvastatin; | | ICD-10 | M791 | 05/11/2023 | Current | |
| **Pain in arm, unspecified** | | | | | | |
| 12/20/2023 14:50 EST  Swords, Stephanie MD<br>12-23 Pt declined eval;<br>08-21 MRI L ^Labral tear/paralabral cyst: mod. effusion, partial rotator tear/tendinosis | | ICD-10 | M79603 | 2013 | Current | |
| 02/18/2022 09:49 EST  Moose, S. MD<br>08-21 MRI L ^Labral tear/paralabral cyst; mod. effusion, partial rotator tear/tendinosis | | ICD-10 | M79603 | 2013 | Current | |
| 08/19/2021 16:13 EST  Wilson, Arlene MD<br>L shoulder: MRI 08-21 AC jt. DJD (mild), large labral tear, paralabral cyst, mod.joint<br>effusion, partial rotator tear & tendinosis;<br>08-20 XR: L GH DJD | | ICD-10 | M79603 | 2013 | Current | |
| 06/11/2021 11:48 EST  Wilson, Arlene MD<br>L shoulder pain;<br>08-20 XR: L GH DJD | | ICD-10 | M79603 | 2013 | Current | |
| 04/29/2021 13:45 EST  Wilson, Arlene MD<br>L shoulder pain; | | ICD-10 | M79603 | 2013 | Current | |

Reg #: 33304-171                    Inmate Name:  LEE, BRIAN DALE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 03/18/2022 10:08 EST  Wilson, Arlene MD<br>07-21 onset;<br>01-22 GI order EGD Pnd | | ICD-10 | R110 | 2021 | Current | |
| 02/18/2022 09:29 EST  Moose, S. MD<br>07-21 onset;<br>01-22 GI order EGD Pnd | | ICD-10 | R110 | 2021 | Current | |
| 02/07/2022 16:32 EST  Wilson, Arlene MD<br>since 07-21; GI consult-seen via telehealth 1-31-22: EGD ordered; | | ICD-10 | R110 | 2021 | Current | |
| 01/12/2022 11:40 EST  Wilson, Arlene MD<br>since 07-21; GI consult pending; | | ICD-10 | R110 | 2021 | Current | |
| 12/23/2021 09:38 EST  Wilson, Arlene MD<br>since 07-21; GI consult pending | | ICD-10 | R110 | 2021 | Current | |
| 09/21/2021 12:13 EST  Wilson, Arlene MD<br>since 07-21 | | ICD-10 | R110 | 2021 | Current | |
| 08/23/2021 13:46 EST  Wilson, Arlene MD<br>post Covid vaccine (first -07-21 and second -08-21) | | ICD-10 | R110 | 2021 | Current | |
| 07/23/2021 13:13 EST  Wilson, Arlene MD<br>post Covid vaccine | | ICD-10 | R110 | 2021 | Current | |
| Anuria and oliguria | | | | | | |
| 12/13/2024 15:41 EST  Swords, Stephanie (MOUD) MD<br>12-24 urinates rarely;<br>1-24 Reports hasn't urinated in 3 yrs, "just started urinating a little bit again."<br>11-21 Anuric | | ICD-10 | R34 | 2020 | Current | |
| 01/03/2024 11:41 EST  Raube, Taylor FNP-BC<br>1-24 Reports hasn't urinated in 3 yrs, "just started urinating a little bit again."<br>11-21 Anuric | | ICD-10 | R34 | 2020 | Current | |
| 04/07/2022 12:46 EST  Moose, S. (MAT) MD<br>11-21 Anuric | | ICD-10 | R34 | 2020 | Current | |
| 02/18/2022 09:37 EST  Moose, S. MD<br>11-21 Anuric; d/c Bumex | | ICD-10 | R34 | 2020 | Current | |
| 01/12/2022 11:38 EST  Wilson, Arlene MD<br>Anuria as of 11-3-21; d/c Bumex; | | ICD-10 | R34 | 2020 | Current | |
| 11/03/2021 12:55 EST  Wilson, Arlene MD<br>Oliguria (limited urination-small amt 1-2 times/d)<br>Anuria as of 11-3-21; d/c Bumex; | | ICD-10 | R34 | 2020 | Current | |
| 11/03/2021 09:28 EST  Wilson, Arlene MD<br>Oliguria (limited urination-small amt 1-2 times/d)<br>Anuria as of 11-3-21; | | ICD-10 | R34 | 2020 | Current | |
| 06/23/2021 11:55 EST  Wilson, Arlene MD<br>Oliguria (limited urination-small amt 1-2 times/d) | | ICD-10 | R34 | 2020 | Current | |

**Reg #: 33304-171**　　　　　**Inmate Name: LEE, BRIAN DALE**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 04/07/2022 12:46 EST Moose, S. (MAT) MD<br>01-22 A1c 5.0; TC 90, LDL 38, 10y-risk <2% | | ICD-10 | Z139 | 2022 | Current | |
| 01/21/2022 12:52 EST Wilson, Arlene MD<br>01-22 A1c 5.0; TSH 6.01; TC 90, LDL 38 10 yr risk <2%; D25OH 36;<br>recheck TSH 6-7 weeks | | ICD-10 | Z139 | 2022 | Current | |
| 01/21/2022 12:41 EST Wilson, Arlene MD<br>01-22 A1c 5.0; TSH 6.01; TC 90, LDL 38 10 yr risk <2%; D25OH 36;<br>recheck TSH 6 weeks | | ICD-10 | Z139 | 2022 | Current | |
| **Malingerer [conscious simulation]** | | | | | | |
| 10/30/2023 13:01 EST Moose, S. (MAT) MD | | ICD-10 | Z765 | 2022 | Current | |
| 12/29/2022 16:28 EST Swords, Stephanie MD | | ICD-10 | Z765 | 12/29/2022 | Current | |
| **Patient's noncompliance with other medical treatment and regimen** | | | | | | |
| 11/01/2024 08:27 EST Moose, S. (MOUD) MD, CD<br>03-24 podiatry appt due to black box/cuffs;<br>12-22 gastric emptying study:<br>11-21 PFT | | ICD-10 | Z9119 | 2021 | Current | |
| 03/04/2024 11:05 EST Swords, Stephanie (MOUD) MD<br>Pt refused black box with cuffs for outside transport-see note 3/4/24;<br>03-24 podiatry appt;<br>12-22 refused gastric emptying study<br>11-21 PFT | | ICD-10 | Z9119 | 2021 | Current | |
| 12/30/2023 14:03 EST Swords, Stephanie MD<br>12-22 refused gastric emptying study<br>11-21 PFT | | ICD-10 | Z9119 | 2021 | Current | |
| 04/07/2022 12:48 EST Moose, S. (MAT) MD<br>11-21 PFT | | ICD-10 | Z9119 | 2021 | Current | |
| **Dependence on renal dialysis** | | | | | | |
| 01/12/2022 11:15 EST Wilson, Arlene MD<br>access: 10-18 LLA fistula; | | ICD-10 | Z992 | 2019 | Current | |
| 08/21/2020 13:18 EST Moose, S. MD<br>access: 10-18 LLA fistula | | ICD-10 | Z992 | 2019 | Current | |
| 03/23/2020 15:33 EST Wilson, A. MD<br>Dialysis started 10-2019 with LLA fistula (placed 10-2018) | | ICD-10 | Z992 | Unknown | Current | |
| 03/12/2020 08:33 EST Moose, S. MD | | ICD-10 | Z992 | Unknown | Current | |
| 03/11/2020 13:52 EST Lewis, Katie FNP | | ICD-10 | Z992 | 03/11/2020 | Current | |

## Remission

Benign neoplasm of unspecified kidney

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 7-21 Plt 115k; 4-21 Plt 105k; 12-20 Plt 102k (range 102k-192k) | | | | | | |
| 07/20/2021 15:19 EST Wilson, Arlene MD 7-21 Plt 115k; 4-21 Plt 105k; 12-20 Plt 102k (range 102k-192k) | | ICD-10 | D696 | 2020 | Current | |
| 04/21/2021 12:21 EST Wilson, Arlene MD 4-21 Plt 105k; 12-20 Plt 102k (range 102k-192k) | | ICD-10 | D696 | 2020 | Current | |
| 12/09/2020 11:29 EST Wilson, Arlene MD 12-20 Plt 102k (range 102k-192k) | | ICD-10 | D696 | 2020 | Current | |
| Disorder of adrenal gland, unspecified | | | | | | |
| 12/13/2024 15:37 EST Swords, Stephanie (MOUD) MD 06-24 Endo eval-repeat CT no change--no F/U; 02-24 ^cortisol & abn dex supp. test; 11-21 R adren. 1.8cm nodule same; 03-19 MRI R adrenal adenoma 1.8cm | | ICD-10 | E279 | 2019 | Remission | 12/13/2024 |
| 06/12/2024 09:07 EST Swords, Stephanie (MOUD) MD 06-24 Endo eval-repeat CT no change--no F/U; 02-24 ^cortisol & abn dex supp. test; 11-21 R adren. 1.8cm nodule same; 03-19 MRI R adrenal adenoma 1.8cm | | ICD-10 | E279 | 2019 | Current | 02/12/2024 |
| 06/05/2024 15:17 EST Swords, Stephanie (MOUD) MD 06-24 Endo eval --recheck CT; 02-24 ^cortisol and abn dex supp. test; 11-21 R adrenal 1.8cm nodule stable; 03-19 MRI R adrenal adenoma 1.8cm | | ICD-10 | E279 | 2019 | Current | 02/12/2024 |
| 02/12/2024 15:25 EST Swords, Stephanie (MOUD) MD 02-24 adrenal adenoma with hypercortisolism and abnormal dex suppression test; 11-21 R adrenal 1.8cm nodule stable; 03-19 MRI R adrenal adenoma 1.8cm | | ICD-10 | E279 | 2019 | Current | 02/12/2024 |
| 02/18/2022 09:37 EST Moose, S. MD 11-21 R adrenal 1.8cm nodule stable; 03-19 MRI R adrenal adenoma 1.8cm | | ICD-10 | E279 | 2019 | Remission | 02/18/2022 |
| 01/12/2022 12:07 EST Wilson, Arlene MD 1.8 cm R sided adrenal adenoma (MRI 03-2019); repeat MRI 8-4-21: movement artifact-suboptimal; | | ICD-10 | E279 | 2019 | Current | |
| 07/13/2021 15:27 EST Wilson, Arlene MD 1.8 cm R sided adrenal adenoma (MRI 03-2019); repeat MRI ordered; | | ICD-10 | E279 | 2019 | Current | |
| Cardiac arrhythmia | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/03/2021 16:51 EST  Wilson, Arlene MD<br>07-20 Angio-nl coronary arteries; LVEF 50-55%); Echo 6-20: LVH (mild-mod), EF 48%. | ICD-10 | | 1519 | 2013 | Current | |
| 08/21/2020 13:16 EST  Moose, S. MD<br>2013 MI/CHF, no stents; left AMA;<br>05-20 CXR ^heart; EKG old ant. MI | | ICD-10 | | 1519 | 2013 | Current |
| 07/01/2020 16:51 EST  Moose, S. MD<br>07-20 Angio Pnd;<br>2013 MI/CHF, no stents; left AMA;<br>05-20 CXR ^heart; EKG old ant. MI | | ICD-10 | | 1519 | 2013 | Current |
| 05/28/2020 16:19 EST  Moose, S. MD<br>on Burnex and Coreg;<br>2013 MI/CHF, no stents;<br>05-20 CXR ^heart; EKG old ant. MI | | ICD-10 | | 1519 | 2013 | Current |
| 05/28/2020 15:47 EST  Lewis, Katie FNP<br>on Burnex and Coreg;<br>2013 MI/CHF, no stents;<br>05-20 CXR ^heart; Echo Pnd | | ICD-10 | | 1519 | 2013 | Current |
| 03/23/2020 16:37 EST  Wilson, A. MD<br>MI 2013, CHF 2013, no stents; on Burnex and Coreg; start Atorvastatin; EKG, echo,<br>Cardiology, Cardiomegaly | | ICD-10 | | 1519 | 2013 | Current |
| 03/23/2020 15:32 EST  Wilson, A. MD<br>MI 2013, CHF 2013, no stents; on Burnex and Coreg; start Atorvastatin; EKG, echo.<br>Cardiology | | ICD-10 | | 1519 | 2013 | Current |
| 03/12/2020 08:33 EST  Moose, S. MD<br>MI 2013, CHF 2013, no stents; on Burnex and Coreg | | ICD-10 | | 1519 | Unknown | Current |
| 03/11/2020 13:52 EST  Lewis, Katie FNP | | ICD-10 | | 1519 | 03/11/2020 | Current |
| **Allergic rhinitis** | | | | | | |
| 12/13/2024 15:37 EST  Swords, Stephanie (MOUD) MD<br>Flonase noncompliance so d/c'd; | | ICD-10 | | J309 | 2022 | Remission | 12/13/2024 |
| 09/11/2023 10:37 EST  Swords, Stephanie MD<br>Flonase noncompliance so d/c'd; | | ICD-10 | | J309 | 2022 | Current |
| 02/18/2022 09:23 EST  Moose, S. MD<br>on Flonase | | ICD-10 | | J309 | 2022 | Current |
| 02/09/2022 10:20 EST  Lewis, Katie FNP-C | | ICD-10 | | J309 | 02/09/2022 | Current |
| **Chronic obstructive pulmonary disease [COPD]** | | | | | | |
| 12/13/2024 15:37 EST  Swords, Stephanie (MOUD) MD<br>on PRN Albuterol;<br>02-23 PFT normal.;<br>1ppd x15y ex-smoker | | ICD-10 | | J449 | 2018 | Remission | 12/13/2024 |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 12/20/2020 14:50 EST  Swords, Stephanie MD<br>Prilosec d/c 12-22 | | ICD-10 | K219 | 2010 | Remission | 12/20/2023 |
| 4-22 EGD: small hiatal hernia, otherwise normal; gastric emptying study ordered<br>12/28/2022 15:52 EST  Swords, Stephanie MD<br>Prilosec d/c 12-22 | | ICD-10 | K219 | 2010 | Current | |
| 4-22 EGD: small hiatal hernia, otherwise normal; gastric emptying study ordered<br>04/14/2022 07:19 EST  Wilson, Arlene MD<br>on Prilosec | | ICD-10 | K219 | 2010 | Current | |
| 4-22 EGD: small hiatal hernia, otherwise normal; gastric emptying study ordered<br>02/18/2022 09:49 EST  Moose, S. MD<br>on Prilosec | | ICD-10 | K219 | 2010 | Current | |
| 4-22 EGD: small hiatal hernia, otherwise normal; gastric emptying study ordered<br>01/12/2022 11:20 EST  Wilson, Arlene MD<br>on Prilosec 40 mg (good control) | | ICD-10 | K219 | 2010 | Current | |
| 02/03/2021 16:49 EST  Wilson, Arlene MD<br>on Prilosec 40 mg (good control) | | ICD-10 | K219 | 2010 | Current | |
| 03/23/2020 15:31 EST  Wilson, A. MD<br>on Prilosec 40 mg (fair control) | | ICD-10 | K219 | 2010 | Current | |
| 03/12/2020 08:33 EST  Moose, S. MD<br>on Prilosec | | ICD-10 | K219 | 2010 | Current | |
| 02/18/2020 09:49 EST  Moose, S. MD<br>on Prilosec | | ICD-10 | K219 | Unknown | Current | |
| **Cervicalgia** | | | | | | |
| 03/11/2020 13:52 EST  Lewis, Katie FNP | | ICD-10 | M542 | 03/11/2020 | Current | |
| **Dermatitis, unspecified** | | | | | | |
| 12/20/2023 14:50 EST  Swords, Stephanie MD<br>on CeraVe | | ICD-10 | L309 | 09/14/2022 | Current | 09/14/2022 |
| 09/20/2023 11:34 EST  Moose, S. (MAT) MD<br>on CeraVe | | ICD-10 | L309 | 2022 | Current | |
| 09/14/2022 15:05 EST  Swords, Stephanie MD<br>9-22 Cera ve | | ICD-10 | L309 | 2022 | Current | |
| **Cervicalgia** | | | | | | |
| 11/01/2024 08:26 EST  Moose, S. (MOUD) MD, CD<br>01-24 CTA head/neck WNL –c/o neck/head pain | | ICD-10 | M542 | 2024 | Remission | 11/01/2024 |
| 01/20/2024 17:13 EST  Swords, Stephanie MD<br>01-24 neck pain with HTN urgency-- CTA head and neck normal; | | ICD-10 | M542 | 01/20/2024 | Current | |
| **Pain in unspecified foot** | | | | | | |
| 12/13/2024 15:41 EST  Swords, Stephanie (MOUD) MD<br>03-23 L heel inserts, walker x3m; podiatry Pnd | | ICD-10 | M79673 | 2023 | Remission | 12/13/2024 |
| 12/20/2023 16:24 EST  Moose, S. (MAT) MD<br>03-23 L heel inserts, walker x3m; podiatry Pnd | | ICD-10 | M79673 | 2023 | Current | |
| 12/20/2023 14:50 EST  Swords, Stephanie MD<br>3-23 left heel – shoe inserts , walker for 3 months, podiatry pending; | | ICD-10 | M79673 | 12/20/2023 | Current | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 12/02/2020 08:35 EST  Lewis, Katie FNP | | ICD-10 | J189 | 12/02/2020 | Current | |
| **Acute bronchitis due to other specified organisms** | | | | | | |
| 09/20/2022 11:34 EST  Moose, S. (MAT) MD<br>wheezing left lower lobe.  Productive cough over a week.  Treating with levaquin due to COPD, ESRD history; | | ICD-10 | J208 | 09/20/2022 | Resolved | 09/20/2022 |
| 07/29/2022 15:10 EST  Garrison, Sara FNP-C<br>wheezing left lower lobe.  Productive cough over a week.  Treating with levaquin due to COPD, ESRD history; | | ICD-10 | J208 | 07/29/2022 | Current | |
| **Unspecified acute lower respiratory infection** | | | | | | |
| 10/30/2023 13:01 EST  Moose, S. (MAT) MD<br>03-23 CXR mild pulm vasc congestion; | | ICD-10 | J22 | 10/30/2023 | Resolved | 10/30/2023 |
| 03/30/2023 13:05 EST  Swords, Stephanie MD<br>03-23 CXR mild pulm vasc congestion; | | ICD-10 | J22 | 03/28/2023 | Current | |
| 03/28/2023 10:32 EST  Swords, Stephanie MD | | ICD-10 | J22 | 03/28/2023 | Current | |
| **Respiratory disorder, unspecified** | | | | | | |
| 09/12/2024 10:54 EST  Raube, Taylor FNP-BC<br>8-24 L ribcage pain w/ deep breathing, CXR "mild basilar airspace opacity". | | ICD-10 | J989 | 09/05/2024 | Resolved | 09/05/2024 |
| 09/05/2024 17:54 EST  Raube, Taylor FNP-BC<br>8-24 L ribcage pain w/ deep breathing, CXR pdng. | | ICD-10 | J989 | 08/30/2024 | Resolved | 08/30/2024 |
| 08/30/2024 16:08 EST  Raube, Taylor FNP-BC<br>8-24 L ribcage pain w/ deep breathing, CXR pdng. | | ICD-10 | J989 | 08/30/2024 | Current | |
| **Dental caries on smooth surface penetrating into dentin** | | | | | | |
| 03/11/2024 14:51 EST  Dannegger, Aaron DDS | | ICD-10 | K0262 | 03/11/2024 | Resolved | 03/11/2024 |
| 03/08/2024 09:17 EST  Nelson, A. DDS, FAGD, CDO | | ICD-10 | K0262 | 03/08/2024 | Resolved | 03/08/2024 |
| **Cracked tooth** | | | | | | |
| 01/10/2024 11:31 EST  Dannegger, Aaron DDS<br>#21- DOLB fracture below gumline. | | ICD-10 | K0381 | 01/10/2024 | Resolved | 01/10/2024 |
| 01/05/2024 09:03 EST  Nelson, A. DDS, FAGD, CDO<br>#21- DOLB fracture below gumline. | | ICD-10 | K0381 | 01/05/2024 | Current | |
| **Partial loss of teeth** | | | | | | |
| 02/09/2024 11:47 EST  Nelson, A. DDS, FAGD, CDO<br>21 | | ICD-10 | K08409 | 02/09/2024 | Resolved | 02/09/2024 |
| 01/26/2024 15:11 EST  Dannegger, Aaron DDS<br>21 | | ICD-10 | K08409 | 01/26/2024 | Current | |
| **Fractured dental restorative material with loss of material** | | | | | | |
| 12/16/2024 12:51 EST  Dannegger, Aaron DDS | | ICD-10 | K08531 | 11/20/2024 | Resolved | 12/16/2024 |

Reg #: 33304-171   Inmate Name: LEE, BRIAN DALE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Esophagitis, unspecified with bleeding** | | | | | | |
| 12/13/2024 15:41 EST Swords, Stephanie (MOUD) MD | | ICD-10 | K08531 | 11/20/2024 | Remission | 12/13/2024 |
| 11/20/2024 09:13 EST Nelson, A. DDS, FAGD, CDO | | ICD-10 | K08531 | 11/20/2024 | Current | |
| possible esophagitis based on sx; being evaluated; | | | | | | |
| 02/18/2022 09:49 EST Moose, S. MD | | ICD-10 | K2091 | 2021 | Resolved | 02/18/2022 |
| 09/21/2021 12:20 EST Wilson, Arlene MD | | ICD-10 | K2091 | 2021 | Current | |
| possible esophagitis based on sx; being evaluated; | | | | | | |
| 09/21/2021 12:19 EST Wilson, Arlene MD | | ICD-10 | K2091 | 2021 | Current | |
| **Cervicalgia** | | | | | | |
| 01/24/2022 16:44 EST Wilson, Arlene MD | | ICD-10 | M542 | 2021 | Resolved | 01/24/2022 |
| L anterior node area (previous lymphadenopathy resolved) | | | | | | |
| 07/12/2021 15:08 EST Wilson, Arlene MD | | ICD-10 | M542 | 2021 | Current | |
| L anterior node area (previous lymphadenopathy resolved) | | | | | | |
| **Other muscle spasm** | | | | | | |
| 01/12/2022 11:03 EST Wilson, Arlene MD | | ICD-10 | M62838 | 2021 | Resolved | 01/12/2022 |
| Bilateral calf muscles (possibly from Atorvastatin); additional labs pending | | | | | | |
| 06/23/2021 12:39 EST Wilson, Arlene MD | | ICD-10 | M62838 | 2021 | Current | |
| Bilateral calf muscles (possibly from Atorvastatin); additional labs pending | | | | | | |
| 06/23/2021 11:54 EST Wilson, Arlene MD | | ICD-10 | M62838 | 2021 | Current | |
| Bilateral calf muscles; | | | | | | |
| **Pain in unspecified limb** | | | | | | |
| 02/18/2022 09:49 EST Moose, S. MD | | ICD-10 | M79609 | 2017 | Resolved | 02/18/2022 |
| 02/18/2022 09:37 EST Moose, S. MD | | ICD-10 | M79609 | 2017 | Current | |
| 11-17 L leg/knee Fx ORIF: chronic pain 2018 Rx Neurontin; | | | | | | |
| 08/23/2021 13:44 EST Wilson, Arlene MD | | ICD-10 | M79609 | 2017 | Current | |
| 11-17 L leg/knee Fx ORIF: chronic pain 2018 Rx Neurontin; | | | | | | |
| 05/27/2021 10:25 EST Wilson, Arlene MD | | ICD-10 | M79609 | 2017 | Current | |
| 11-17 L leg/knee Fx ORIF: chronic pain 2018 Rx Neurontin; | | | | | | |
| 04/29/2021 13:45 EST Wilson, Arlene MD | | ICD-10 | M79609 | 2017 | Current | |
| 11-17 L leg/knee Fx ORIF: chronic pain 2018 Rx Neurontin; | | | | | | |
| 02/03/2021 16:48 EST Wilson, Arlene MD | | ICD-10 | M79609 | 2017 | Current | |
| 11-17 L leg/knee Fx ORIF: chronic pain 2018 Rx Neurontin; | | | | | | |
| 06/05/2020 13:00 EST Moose, S. MD | | ICD-10 | M79609 | 2017 | Current | |
| 11-17 L leg/knee Fx ORIF: chronic pain 2018 Rx Neurontin; | | | | | | |

| Description | Axis Code Type | Code | Diag. Date Status | Status Date |
|---|---|---|---|---|
| **Localized swelling, mass and lump, neck** | | | | |
| 07/12/2021 15:07 EST Wilson, Arlene MD | ICD-10 | R221 | 06/11/2021 Resolved | 07/12/2021 |
| Doxycycline Rx (improved after 7 days Rx; Refill another 7 days); | | | | |
| 06/23/2021 12:39 EST Wilson, Arlene MD | ICD-10 | R221 | 06/11/2021 Current | |
| Doxycycline Rx (improved after 7 days Rx; Refill another 7 days); | | | | |
| 06/23/2021 11:55 EST Wilson, Arlene MD | ICD-10 | R221 | 06/11/2021 Current | |
| Doxycycline Rx; | | | | |
| 06/11/2021 11:48 EST Wilson, Arlene MD | ICD-10 | R221 | 06/11/2021 Current | |
| Doxycycline Rx | | | | |
| **Unspecified skin changes** | | | | |
| 05/26/2020 09:24 EST Moose, S. MD | ICD-10 | R239 | 04/21/2020 Resolved | 05/26/2020 |
| 04/21/2020 09:34 EST Lewis, Katie FNP | ICD-10 | R239 | 04/21/2020 Current | |
| **Headache, unspecified** | | | | |
| 01/12/2022 11:19 EST Wilson, Arlene MD | ICD-10 | R519 | 09/14/2021 Resolved | 01/12/2022 |
| 09/14/2021 09:37 EST Lewis, Katie FNP-C | ICD-10 | R519 | 09/14/2021 Current | |
| **Pain, unspecified** | | | | |
| 05/29/2025 14:41 EST Moose, S. (MOUD) MD, CD | ICD-10 | R52 | 04/10/2025 Resolved | 05/29/2025 |
| 04/17/2025 14:53 EST Swords, Stephanie (MOUD) MD | ICD-10 | R52 | 04/10/2025 Current | |
| R flank/pleurisy-CXR w/RLL opac-- CT normal-- MS pain; | | | | |
| 04/15/2025 09:02 EST Swords, Stephanie (MOUD) MD | ICD-10 | R52 | 04/10/2025 Current | |
| R flank/pleurisy-CXR w/RLL opac-- CT pend; | | | | |
| 04/10/2025 13:21 EST Swords, Stephanie (MOUD) MD | ICD-10 | R52 | 04/10/2025 Current | |
| R flank | | | | |
| **Abnormal weight loss** | | | | |
| 02/18/2022 09:29 EST Moose, S. MD | ICD-10 | R634 | 09/21/2021 Resolved | 02/18/2022 |
| 02-22 250# BMI 34.9; | | | | |
| 09-21 247# "non-intended"; | | | | |
| 06-21 264# intended; | | | | |
| 03-20 307# | | | | |
| 01/12/2022 11:38 EST Wilson, Arlene MD | ICD-10 | R634 | 09/21/2021 Current | |
| unintentional 17# (264# on 6-11-21 down to 247# on 9-21-21); | | | | |
| intentional 43# (307 on 3-23-20 to 264 on 6-11-21) | | | | |
| 09/21/2021 12:18 EST Wilson, Arlene MD | ICD-10 | R634 | 09/21/2021 Current | |
| unintentional 17# (264# on 6-11-21 down to 247# on 9-21-21); | | | | |
| intentional 43# (307 on 3-23-20 to 264 on 6-11-21) | | | | |
| **Prediabetes** | | | | |
| 02/18/2022 09:37 EST Moose, S. MD | ICD-10 | R7303 | 2020 Resolved | 02/18/2022 |
| 06-20 A1c 5.1; | | | | |
| 03-20 A1c 6.3 | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

**Current**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Unspecified abnormal involuntary movements~~ | | | | | | |
| ~~12/13/2024 15:41 EST  Swords, Stephanie (MOUD) MD~~ | | ~~ICD-10~~ | ~~R259~~ | ~~2023~~ | ~~Current~~ | |
| ~~RLS on Requip--duplicate~~ | | | | | | |
| 12/20/2023 16:24 EST  Moose, S. (MAT) MD | | ICD-10 | R259 | 2023 | Current | |
| RLS, on Requip | | | | | | |
| 12/20/2023 14:50 EST  Swords, Stephanie MD | | ICD-10 | R259 | 11/02/2023 | Current | |
| RLS on ropin; | | | | | | |
| 11/02/2023 12:56 EST  Swords, Stephanie MD | | ICD-10 | R259 | 11/02/2023 | Current | |
| ?periodic limb movement of sleep | | | | | | |

**Total: 90**

ATTACHMENT 2

# MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent that you have medical records or additional medical information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

8-6-25
_____
Date

Brian Dale Lee
_____
Printed Name

33304-171
_____
Federal Bureau of Prisons Register No.

MCFP Springfield
_____
Federal Bureau of Prisons Facility

P.O. Box 4000  Springfield,MO  65801-4000
_____
Institution's Address

Brian D Lee
_____
Signature

ATTACHMENT 3

# UNITED STATES DISTRICT COURT
## FOR THE
<u>Southern</u> DISTRICT OF <u>**South Carolina**</u>

UNITED STATES OF AMERICA

v.

<u>**Brian Dale Lee**</u>
Write your full name here.

Case No. <u>**2:18-CR-00264-RMG**</u>
(Write the number of your criminal
case.)

## COVER SHEET FOR ADDITIONAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses
the privacy and security concerns resulting from public access to electronic court files. Under
this rule, papers filed with the court should *not* contain a person's full social security number or
full birth date, the full name of a person known to be a minor, or a complete financial account
number. A filing may include *only* the last four digits of a social security number, the year of a
person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may
request permission from the court to file those documents under seal. If the request is granted, the
documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

[X] Yes [ ] No



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: LEE, BRIAN DALE  33304-171

SEQUENCE: 02185135
Team Date: 05-06-2025

| | | |
|---|---|---|
| Facility: | SPG  SPRINGFIELD USMCFP | |
| Name: | LEE, BRIAN DALE | |
| Register No.: | **33304-171** | |
| Age: | 45 | |
| Date of Birth: | 05-17-1979 | |

| | |
|---|---|
| Proj. Rel. Date: | 01-30-2039 |
| Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| DNA Status: | SPG03749 / 03-11-2020 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Inmate Photo ID Status

| Full status incomplete - Expiration: null |
|---|

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SPG | ORD V01 D | ORDERLY - WARD V01, DAYS | 05-01-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| SPG | ESL HAS | ENGLISH PROFICIENT | 03-23-2020 |
| SPG | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-23-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SPG | | ACT WORK KEYS | 11-05-2024 | CURRENT |
| SPG | | US CITIZENSHIP TEST | 05-01-2025 | CURRENT |
| SPG MS | C | ROP DAY 1 | 12-11-2023 | 12-11-2023 |
| SPG MS | C | SHU PERSONAL FINANCE | 09-26-2023 | 11-06-2023 |
| SPG MS | C | HISTORY AGE OF PROGRESS | 08-07-2023 | 08-16-2023 |
| SPG MS | C | BASIC GRAMMAR LOCKED UNIT | 07-03-2023 | 07-27-2023 |
| SPG MS | C | SHU WORKING WITH DECIMALS | 04-25-2023 | 05-16-2023 |
| SPG MS | C | RPP#1 DISEASE PREVENTION | 04-04-2023 | 04-20-2023 |
| SPG MS | C | INTRO TO LEISURE GAMES | 02-08-2023 | 03-29-2023 |
| SPG MS | C | AQUARIUM CARE SKILLS | 01-18-2023 | 02-02-2023 |
| SPG MS | C | CHG BODY COMP DIET & EXERCISE | 01-10-2023 | 01-26-2023 |
| SPG MS | C | RPP#1 U R WHAT YOU EAT | 12-05-2022 | 01-08-2023 |
| SPG MS | C | CARD MAKING BASICS | 11-15-2022 | 12-12-2022 |
| SPG MS | C | RPP#1 VITAMINS AND MINERALS | 11-07-2022 | 11-23-2022 |
| SPG MS | C | RPP#1 NUTRITION MADE CLEAR | 10-03-2022 | 10-24-2022 |
| SPG MS | C | BUSINESS MATH | 04-28-2022 | 09-19-2022 |
| SPG MS | C | RPP#1 BASIC PHYSIOLOGY OF TRNG | 08-01-2022 | 08-17-2022 |
| SPG MS | C | BEGINNERS CHESS | 05-25-2022 | 08-05-2022 |
| SPG MS | C | STRESSORS AND YOUR HEALTH 2 | 07-06-2022 | 07-25-2022 |
| SPG MS | C | INTRODUCTION TO PHOTOGRAPHY | 05-26-2022 | 07-14-2022 |
| SPG MS | C | HEALTHY EATING JOURNAL | 05-18-2022 | 07-14-2022 |
| SPG MS | C | STRESS AND YOUR BODY | 06-06-2022 | 06-22-2022 |
| SPG MS | C | GUIDE FOR AGING ADULTS | 05-18-2022 | 07-01-2022 |
| SPG MS | C | ACE CLASS HEALTHY EATING | 05-18-2022 | 07-01-2022 |
| SPG MS | C | MAINTAINING A HEALTHY WEIGHT | 05-18-2022 | 06-29-2022 |
| SPG MS | C | CARD MAKING BASICS | 04-28-2022 | 06-19-2022 |
| SPG MS | C | RECREATION AIDE TRAINING | 05-21-2022 | 06-07-2022 |
| SPG MS | C | RPP#1 INTRODUCTION TO WELLNESS | 05-04-2022 | 05-20-2022 |
| SPG MS | C | PROF TEACH POWER POINT | 04-13-2022 | 05-18-2022 |
| SPG MS | C | PROF TEACHES PUBLISHER | 04-13-2022 | 05-18-2022 |
| SPG MS | C | PROFESSOR TEACHES WORD | 04-13-2022 | 05-18-2022 |
| SPG MS | C | MICROSOFT ACCESS COMP | 04-13-2022 | 05-18-2022 |
| SPG MS | C | PROF TEACHES EXCELL | 04-13-2022 | 05-18-2022 |
| SPG MS | C | INTERNET EXPLORER | 04-13-2022 | 05-18-2022 |
| SPG MS | C | MICROSOFT OUTLOOK | 04-13-2022 | 05-18-2022 |



| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SPG MS | C | CHG BODY COMP DIET & EXERCISE | 04-06-2022 | 05-01-2022 |
| SPG MS | C | CARPENTER'S MATH | 03-31-2022 | 04-28-2022 |
| SPG MS | C | EXERCISE SCIENCE 7WK CLASS | 03-09-2022 | 03-25-2022 |
| SPG MS | C | INTRO TO HOBBYCRAFTS | 01-29-2021 | 01-29-2021 |
| SPG MS | C | RPP#6 FREEDOM FROM DRUGS | 07-27-2020 | 08-12-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 02-11-2025 | 299 : DISRUPTIVE CONDUCT-HIGH |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-13-2020 |
| CARE4 | MRC CARE REQUIRED | 04-14-2020 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| CPAP | CPAP MACHINE | 03-08-2022 |
| C19-RCVRD | COVID-19 RECOVERED | 12-28-2020 |
| DIALYSIS T | DIALYSIS - RECEIVING TREATMENT | 03-12-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 01-02-2024 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-12-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-29-2024 |
| WHEELCHAIR | REQUIRES WHEELCHAIR | 12-05-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-02-2024 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 01-29-2025 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-17-2020 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 02-03-2025 |
| MAT UNQUAL | MED ASSIST TRMT UNQUALIFIED | 10-11-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 03-26-2020 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 04-06-2021**

| Inmate Decision: | **AGREED** | $25.00 | Frequency: **SINGLE** |
|---|---|---|---|
| Payments past 6 months: | $0.00 | Obligation Balance: $0.00 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:  $619.66          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-05-2023 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-09-2024 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 05-04-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 05-04-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 05-04-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 07-01-2022 |
| N-EDUC N | NEED - EDUCATION NO | 05-04-2025 |



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: LEE, BRIAN DALE  33304-171

SEQUENCE: 02185135
Team Date: 05-06-2025

| Assignment | Description | Start |
|---|---|---|
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 05-04-2025 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 05-04-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-04-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 05-04-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 05-04-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 05-04-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 05-04-2025 |
| N-WORK N | NEED - WORK NO | 05-04-2025 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 05-04-2025 |

### Progress since last review

Lee received a Code 299 Incident Reports since last Program Review. He has a Work Detail of Orderly - Ward V01. He has not completed or enrolled in any programs recommended by his Unit Team since last Program Review.

### Next Program Review Goals

Enroll in WaySafe Intervention: Disease Risk Reduction as identified by the First Step Act need assessment.

### Long Term Goals

Complete/show progress in completing WaySafe Intervention: Disease Risk Reduction as identified by the First Step Act need assessment by 05/2026.

### RRC/HC Placement

No.
Management decision - Will evaluate 17-19 months prior to release..

### Comments

Recommend inmate submits Visitor Request Form to friends and family and receive regular visits throughout incarceration. Perspective visitors must be approved and listed correctly on the Inmate Visitor List prior to arrival. All immediate family members wishing to visit must be listed on the approved Visitor List. Upon arrival, all visitors age 16 and older must present valid state or government-issued photo identification.

Social Security Card and Birth Certificate: RRC placement will be determined as projected release date nears. Many RRC institutions require you obtain a Birth Certificate and Social Security Card prior to release for employment purposes. Complete request for a Social Security Card and Birth Certificate for release purposes.

Recommend inmate use time while incarcerated to explore multiple career interests. Recommend inmate engage in purposeful activity; develop abilities useful in the acquisition and maintenance of post-release employment and pursuit of career goals. Recommend inmate observe employment opportunities and programs throughout incarceration.

```
REGISTER NO: 33304-171      NAME..: LEE                    FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: SPG-SPRINGFIELD USMCFP
```

```
-------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
SPG  ESL HAS     ENGLISH PROFICIENT         03-23-2020 1332 CURRENT
SPG  GED HAS     COMPLETED GED OR HS DIPLOMA 03-23-2020 1331 CURRENT
```

```
-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
SPG MS    US CITIZENSHIP TEST           05-01-2023 CURRENT
SPG MS    ROP DAY 1                     12-11-2023 12-11-2023  P   C  P    6
SPG MS    SHU PERSONAL FINANCE          09-26-2023 11-06-2023  P   C  P    6
SPG MS    HISTORY AGE OF PROGRESS       08-07-2023 08-16-2023  P   C  P    6
SPG MS    BASIC GRAMMAR LOCKED UNIT     07-03-2023 07-27-2023  P   C  P   24
SPG MS    SHU WORKING WITH DECIMALS     04-25-2023 05-16-2023  P   C  P   10
SPG MS    RPP#1 DISEASE PREVENTION      04-04-2023 04-20-2023  P   C  P    6
SPG MS    INTRO TO LEISURE GAMES        02-08-2023 03-29-2023  P   C  P    8
SPG MS    AQUARIUM CARE SKILLS          01-18-2023 02-02-2023  P   C  P    8
SPG MS    CHG BODY COMP DIET & EXERCISE 01-10-2023 01-26-2023  P   C  P    6
SPG MS    RPP#1 U R WHAT YOU EAT        12-05-2022 01-08-2023  P   C  P    6
SPG MS    CARD MAKING BASICS            11-15-2022 12-12-2022  P   C  P    4
SPG MS    RPP#1 VITAMINS AND MINERALS   11-07-2022 11-23-2022  P   C  P    6
SPG MS    RPP#1 NUTRITION MADE CLEAR    10-03-2022 10-24-2022  P   C  P    6
SPG MS    BUSINESS MATH                 04-28-2022 09-19-2022  P   C  P   16
SPG MS    RPP#1 BASIC PHYSIOLOGY OF TRNG 08-01-2022 08-17-2022 P   C  P    6
SPG MS    BEGINNERS CHESS               05-25-2022 08-05-2022  P   C  P    8
SPG MS    STRESSORS AND YOUR HEALTH 2   07-06-2022 07-25-2022  P   C  P    6
SPG MS    INTRODUCTION TO PHOTOGRAPHY   05-26-2022 07-14-2022  P   C  P    8
SPG MS    HEALTHY EATING JOURNAL        05-18-2022 07-14-2022  P   C  P   12
SPG MS    STRESS AND YOUR BODY          06-06-2022 06-22-2022  P   C  P    6
SPG MS    GUIDE FOR AGING ADULTS        05-18-2022 07-01-2022  P   C  P   10
SPG MS    ACE CLASS HEALTHY EATING      05-18-2022 07-01-2022  P   C  P   11
SPG MS    MAINTAINING A HEALTHY WEIGHT  05-18-2022 06-29-2022  P   C  P   10
SPG MS    CARD MAKING BASICS            04-28-2022 06-19-2022  P   C  P    4
SPG MS    RECREATION AIDE TRAINING      05-21-2022 06-07-2022  P   C  P    8
SPG MS    RPP#1 INTRODUCTION TO WELLNESS 05-04-2022 05-20-2022 P   C  P    6
SPG MS    PROF TEACH POWER POINT        04-13-2022 05-18-2022  P   C  P   10
SPG MS    PROF TEACHES PUBLISHER        04-13-2022 05-18-2022  P   C  P    9
SPG MS    PROFESSOR TEACHES WORD        04-13-2022 05-18-2022  P   C  P   13
SPG MS    MICROSOFT ACCESS COMP         04-13-2022 05-18-2022  P   C  P    8
SPG MS    PROF TEACHES EXCELL           04-13-2022 05-18-2022  P   C  P   13
SPG MS    INTERNET EXPLORER             04-13-2022 05-18-2022  P   C  P    9
SPG MS    MICROSOFT OUTLOOK             04-13-2022 05-18-2022  P   C  P    8
SPG MS    CHG BODY COMP DIET & EXERCISE 04-06-2022 05-01-2022  P   C  P    6
SPG MS    CARPENTER'S MATH              03-31-2022 04-28-2022  P   C  P   40
SPG MS    EXERCISE SCIENCE 7WK CLASS    03-09-2022 03-25-2022  P   C  P    6
SPG MS    INTRO TO HOBBYCRAFTS          01-29-2021 01-29-2021  P   C  P    2
SPG MS    RPP#6 FREEDOM FROM DRUGS      07-27-2020 08-12-2020  P   C  P   12
```

```
G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

This Motion for a Compassionate Release pursuant 18 U.S.C. § 3582 (c)(1)(A) is being presented before this Honorable Court while being based on significant changes to his serious health conditions that had previously been recognized as extraordinary and compelling health issues as presented in §1B1.13 (1)-(6).

The Defendant concedes that he has previously filed three separate compassionate release motions that this Honorable Court had denied but he now comes before this Honorable Court in light of significant changes in his health and the FBOP's ability to properly treat him and provide him with the opportunity to seek a match for a kidney transplant. As the Defendant is now able to do, he can prove that not only is Springfield MCFP incapable of effectively treating his current serious organ failure, but there is a serious shortage of experienced and certified healthcare providers at Springfield MCFP. On top of all of this is the fact that there are serious shortages of medical supplies, hygiene items, cleaning supplies, bedding, clothing, and even toilet paper.

The conditions here in this 94 year old archaic prison are inhumane at best. The inmates that are sent here for life saving and life sustaining medical treatment are being subjected to conditions that are not allowed in most third world countries. Asbestos, dirty and polluted water, black mold, mildew, fungal pneumonia, rotten and spoiled food, as well as deliberate indifference to known serious medical issues that were repeatedly ignored and left untreated resulting in a number of preventable deaths, including six in the last two weeks.

Previously, in light of the Defendant's history of end stage renal failure, the Court requested the treating physician at the FBOP what Lee's condition was and what was the current placement situation on the kidney transplant list. Unfortunately Dr. Swords was not truthful about how the kidney transplant list operates within the FBOP here in Springfield MCFP. Placement is not left up to the Defendant. It isn't a two year process either. What was being presented to this court as a competently administered treatment program that hinges entirely on whether or not an inmate requested placement on the list, was a false representation of the truth. The Doctor also stated that the Defendant had the capacity, physically, to commit a crime if he was released. Considering that premise, any person short of being dead has the capability of committing a crime. The Defendant can point out to this Honorable Court that he can physically commit a crime but the point that he has been addressing is how he can make better decisions so that he does not want to commit a crime even if he can because his thought process will not allow him to.

It is from this starting point that Lee begins this motion for a Compassionate Release.

As this Court has previously pointed out, it has been well aware of the Defendant's challenging medical history ever since his sentencing. At that time the Court stated that it felt compelled to impose the sentence that it did because of the severity of the Defendant's criminal actions. The Defendant is now coming, once more, before this Honorable Court, to seek some level of relief, in light of the severe deterioration of his overall health. It is especially concerning due to the shortage of qualified medical staff and the rationing of hygiene, medical, and food items due to the alleged budgetary restrictions at this facility, (Springfield MCFP).

As such the Defendant is presenting the following memorandum of points and authorities for the purpose supporting the extraordinary and compelling issues that are being raised within this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

*Standard of Review*

Generally, a district court "may not modify a sentence once it has been imposed." 18 U.S.C.§ 3582(c); see Dillon v. United States, 560 U.S. 817, 824, 130 S.Ct. 2683 (2010). However, the commonly termed "compassionate release" provision of § 3582(c)(1)(A)(I) provides a statutory vehicle to modify a defendant's sentence. Under this statute, a district court may reduce a criminal defendant's sentence if the court finds extraordinary and compelling issues/reasons that warrant such a reduction after considering the factors set forth in 18 U.S.C. §

3553(a), to the extent that they are applicable, as well as "applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A).

Although Congress did not define "extraordinary and compelling" reasons in § 3582(c)(1)(A), the sentencing commission addressed the issue in a Policy Statement-United States Sentencing Guideline (U.S. S.G.)§ 1B1.13-which provided the BOP with several categories of "extraordinary and compelling reasons" to consider. McCoy, 981 F.3d at 276.

On November 1, 2023, the Sentencing Commission, via Amendment 814, amended U.S.S.G.§ 1B1.13 to account for motions filed directly by the defendant's and to clarify and expand the list of what may qualify as an extraordinary and compelling reason to support a sentence reduction. The relevant qualification list falls into several categories: (1) the defendant's medical conditions; (2) the defendant's age; (3) the defendant's family circumstances; (4) Whether the defendant was the victim of certain abuse while in custody; (5) any other circumstances or combination of circumstances that, when considered by themselves or together with any of the preceding categories, are similar in gravity; and (6) an unusually long sentence if the defendant meets certain conditions. The policy statement also recognizes the possibility that the BOP could identify other grounds that amount to extraordinary and compelling reasons.

To grant a compassionate release motion under 18 U.S.C.§ 3582(c) (1)(A), as amended by the First Step Act, the district court must

conduct a two-step analysis. <u>United States v. Centano-Morales</u>, 90 F.4th 274, 279 (4th Cir.2024). First, the Court must find " extraordnary and compelling reasons" warranting a sentence reduction. <u>United States v. Hargrove</u>, 30 F.4th 189, 194-95 (4th. Cir. 2022). After a district court finds that an "extraordinary and compelling" reason for a sentence modification exists, it must then evaluate the relevant § 3553 (a) factors, (Previously,this Honorable Court found that the nature of Lee's federal offense as well as his extensive criminal history made him an "inappropriate candidate for compassionate release. Dkt. No. at 4. Yet this was over four years ago and there has been significant changes in Lee's health and in his efforts to change and rehabilitate himself).

The Defendant understands that when this District Court is deciding whether to reduce a defendant's sentence under § 3582(c)(1)(A), it must proceed in three steps for the purpose of uniformity and for ensuring that there is clear cause that would justify the said or the requested reduction. First, the Court must determine whether there exists extraordinary and compelling reasons that would support a sentence reduction. ( In this case it is documented that Lee suffers from End-Stage-Organ-Failure that has an end of life trajectory with him having to rely on dialysis treatment three times a week, hypertension, Cardiomeglosiay, Hypoglaucemia, Bone Artheritis, sleep apnea, Asthma, Low-Hemoglobin as well as related issues concerning anxiety and his anemia that was related to his Chronic Kidney Disease.

Next, the court considers whether a sentence reduction is cons-

-istent with the applicable policy statements issued by the Sentencing Commission. Finally, if the court finds that an extraordinary and compelling reasons warrants relief, the court must consider the §3553(a) factors in whether to exercise its discretion to reduce the defendant's term of imprisonment. See United States v. High, 997 F.3d. 181, 185-86 (4th Cir. 2021); United States v. Kibble, 992 F.3d 326 (4th Cir.2021). The court must also determine that such a reduction would be consistent with "applicable policy statements issued by the Sentencing Commission." United States v. Davis, 99 F.4th 647, 654 (4th Cir. 2024).

Lee realizes, as he is presenting this Compassionate Release Motion, that just meeting the criteria listed above isn't enough to get relief because the District Court retains discretion as to whether to grant relief or not, depending on how the entirety of the Defendant's case weighs out. See 18 U.S.C.§3582(c)(1)(A)(providing the court may reduce the term of imprisonment).

Lee realizes that ultimately it is his responsibility to prove that he is eligible for relief. See Centeno-Morales, 90 F. 4th at 279.

## EXHAUSTION OF REMEDIES

As Lee has done before, he has exhausted his administrative remedies and has attached the original request for the BOP to file on his behalf that was submitted to Warden Mark King here in Springfield MCFP. The response claimed that Lee did not meet the medical criteria. The Warden also stated that his related concerns such as not being on

the transplant list, shortages of qualified medical staff, as well as not being provided humane and nutritionally balanced-renal diet, are not covered by the program statement approved by the FBOP. See attached forms on pages 4 and 5.

While the Warden and the FBOP may ignore the fact that adequate staffing, appropriate curative treatment access as well as the proper renal diet are necessary to prevent serious health declines or even death, there have been a number of releases of End-Stage-Renal patients by U.S. District Courts out of several Circuits because of the very same conditions that were mentioned above. All of these were released since February of 2025 from this Federal Medical Facility for Prisoners in Springfield, Missouri. There also has been a number of deaths of those who were on dialysis treatment but were ignored when they raised concerns about thier health. The Defendant has included the names of four such people, the case numbers, and a very concerning death of a renal patient/inmate who was ignored by staff and medical providers while he was screaming out for help after collapsing on the floor. He was ignored for hours. This was witnessed by over 20 inmates and a number of staff. Numerous medical staff were notified to no avail. This death occurred in Lee's dorm inside the Residential Drug Treatment Program over the July 4th weekend last month. This happened to a prisoner who was supposed to have already been released because he had graduated the program. His death was preventable and he was going through dialysis treatment three times a week, yet the alleged qualified medical staff that treated him and was on duty ,totally ignored

his cries for help.

The Defendant has exhausted the administrative remedies and believes that the evidence of the past 5 months will clearly give this court a reason for the defendant's claims within this §3582 (ĉ)(1)(A) to be heard and reviewed. He believes that after all of the evidence is heard, this court will see that there is cause for some level of relief.

In this Court's previous orders concerning Lee's Compassionate Release Motions, it has made references to his criminal past. The Government has successfully prosecuted him for those crimes. Since then Lee has has tried to live a life that shows that he has accepted responsibility for those past mistakes and actions. It has not been easy.

Prison, by itself, is a dangerous and difficult enviroment to adjust to. It is a place where the Courts send the worst of the worst, but then they are expected to be the best. Sometimes there is an adjustment period because it is such a enviromental shock. Some come in here with no intention to change and are seeking to build a reputation. Some come in here with clear intentions to be better people but unfortunately they run into those who are trying to build their reputations or they run into those who don't care. Then there are situations where inmates have to deal with officers, who are already under a lot of scrutiny, who may have just had to

deal with an incidence of violence and now is having to deal with complaints about medical treatment or a medical emergency. The officers response to these situations often overlap from one incident to the other. In otherwords, this prison life is full of minefields and pitfalls and it takes some people time to adjust to what is going on around them in order to avoid being targeted by either those inmates who are looking to cause trouble or being targeted by those officers who may believe that you are trying to cause trouble. It takes awhile for an inmate to learn the warning signs and to walk the other way. Some never learn. Lee's past in this prison may not be perfect but he has shown tremendous effort at trying to change his thinking errors, change his priorities, all while trying to survive a very painfule existence because of an end-stage-organ-failure that will eventually kill him unless he is allowed to obtain the medical treatment that will save his life, like an organ transplant.

In this situation, the longer that Lee is required to wait for a kidney transplant, it is less likely that his body will be able to accept the kidney. Dialysis treatment over a long period of time causes more and more damage to the rest of the body's organs which effects the immune system as well as causing anemia.

The opportunity for an inmate to be placed on the Kidney transplant list was previously described by Dr. Stephanie Swords to this court as being initiated and formalized by the inmate and

AFTER THE COMPLETION of the Renal Options Class. Yet this is not the truth. The opportunity for an inmate to be able to match up with a kidney and obtain a life saving kidney transplant is dictated by Casemanagers, floor officers, medical staff and anyother staff member who can level a disciplinary infraction at a dialysis patient, no matter how minor the infraction may be. There is clear and irrefutable proof of this with recent rulings made by a number of courts concerning inmates receiving renal treatment here at Springfield MCFP. The facts behind those rulings would make a reasonable minded individual believe that the Staff would allow the inmate to deteriorate and die rather than allow them to receive the transplant and the aftercare needed to live. The practice of allowing a dialysis dependant inmate to be removed from the transplant list or from a medical appointment due to a minor rules infraction is clearly inhumane and deliberate indifference and a violation of the Eighth Amendment, but it has been done here repeatedly resulting in irreparable harm and even death. While the medical staff here at Springfield MCFP would claim that this would never happen here, there are a number of cases from just the past few months that clearly show that it does, and on a regular basis.

So now the Defendant comes before this Honorable Court and after accepting responsibility for his crimes while living with a serious and painful chronic terminal illness, believing that he can convince the parties involved that there is cause for some type of relief.

## *Rehabilitation*

Evidence of post-sentence rehabilitation is likely the most critical of core considerations for the Court to review in a §3582 (c) proceeding. In Pepper v. United States, 562 U.S. 476, 131 S.Ct. 1229, 1241, 179 L.Ed. 2d 196 (2011), the court emphasized the important nature of post-sentence rehabilitation, stating that "there would seem to be no better evidence than a defendant's post incarceration conduct." Indeed, the Court continued, "Post-sentencing rehabilitation may also critically inform a sentencing Judge's overarching duty under §3553(a) to impose a sentence sufficient, but not greater than necessary to comply with the sentencing purposes set forth in §3553 (a)(2). See e.g. United States v. Millan, 91-CR-685 (LAP), 2020 U.S. Dist. LEXIS 59955, 2020 WL 1674058, at *9 (S.D.N.Y. Apr. 6, 2020) (granting a sentencing reduction under § 3553(c) to a defendant who ran a drug-trafficking organization, given that "the Defendant, in the face of a life sentence, assumed a positive outlook and attitude towards life, sought to improve himself to the utmost extent possible and was motivated to do so notwithstanding his circumstances").

Looking back on his history and the characteristics that he had shown, Lee recognizes the severity of his wrongdoing and has committed himself to proving his rehabilitation. A review of Lee's FBOP Program Review does not show that he is a danger to the community. He has minor incident reports concerning his behavior in the prison. The isolated incident reports do not show that Lee is without remorse. He moves this Court to look at his lengthy sentence

AND HIS SERIOUS HEALTH CONDITIONS, combined with his significant
efforts at rehabilitation, and see that he has provided the extra-
ordinary and compelling circumstances from which form the basis of
relief. See attached FBOP Program Review.

    Lee would also like to point out that some federal courts
have recognized that sometimes releasing a defendant that suffers
from serious medical issues that cause extreme pain and discomfort
may provide more benefit to society than further incarceration, see
<u>United States v McGraw</u>, No.2:02-cr-00018, 2019 U.S. Dist. LEXIS 78370,
2019 WL 2059488, at *5 (S.D. Ind. May 9, 2019). The courts have held
that once a defendant is doomed to "medical purgatory....serving
out the rest of his sentence would be greater than necessary to serve
the purpose of 18 U.S.C.§ 3553(a)(2)." <u>Wong Chi Fai v. United States</u>
No. 93-cr-1340, 2019 U.S. Dist. LEXIS126774, 2019 WL3428504, at *4
(E.D.N.Y. July 30, 2019). The Defendant here points out that he
could be given some type of reduction of sentence or medical furlough
that would allow his sentence term to not end up being a death sen-
tence.

<u>Other Reasons:</u>

    Lee believes that there is an argument that he qualifies for
compassionate release based upon section 1B1.13(b)(5) "other reasons"
category due to his medical issues getting worse due to the denial
of proper medical treatment, long sentence, and rehabilitation/pers-
onal growth while incarcerated. This category asks the Court to

consider whether the defendant "presents any other circumstance or
any other circumstances, combination thereof, that, when considered
by themselves or together with any of the reasons described in
paragraphs (1) through (6), are similar in gravity to those described
in paragraphs (1) through (6)." U.S.S.G. 1B1.13(b)(5). Lee points out
that he has filed previously with this court, but the circumstances
here within Springfield MCFP have deteriorated to the point that
there is no safe place within this medical facility for an inmate
to obtain or receive the medical treatment that he needs. The type of
enviromental conditions that dialysis patients are forced to exist
in along with the level of deliberate indifference that they are
being subjected to by the staff makes this place worse than what
the Eighth Amendment allows. Several deaths and a number of releases
have been caused by the conditions and the improper treatment that
is being presented in this place. The following examples are proof
of what Lee and every other inmate is being forced to endure due
to shortage of qualified medical staff, the reduction in effective
medical care, the shortage of medications, and the rationing of
cleaning supplies/toilet paper.

United States v. Greer, 2025 U.S. Dist. LEXIS 27500 (E.D. Mich.
Feb. 14, 2025). Court granted Albert Greer, Sr. immediate release
from MCFP Springfield so that he may seek a kidney transplant that
the FBOP had been denying him access to since 2018. The Government
responded and stated that Greer should have raised the issue of not
being provided a kidney transplant as an Eighth Amendment violation
or a habeas petition. The Government also claimed that Greer was

was receiving the required and adequate treatment necessary in
Springfield Correctional Facility.

After taking into consideration the government's response and
the length of delay that Greer had to wait for FBOP to look into a
possible transplant, the court felt that relief was warranted in
part. It sentenced him to Home Confinement for 6 months and then sup-
ervised release for three years. Violation of the terms of his rel-
ease would result in Greer's return to prison.

See also United States v Cedric Gray, case no. 7:18-cr-6-1,
(N.D.Tex., May 2025) Court found that the medical treatment for Gray's
End-Stage-Renal failure and the related by-pass heart surgery was
inadequate and resulted in the defendant suffering from gangrene
due to blood circulation being obstructed. This resulted in the
amputation of several fingers and toes because the FBOP and the
medical personel refused to allow him to seek appropriate medical
care outside of this this prison facility despite the unsanitary
conditions. The court granted immediate release with a credit for
time served, unfortunately Gray went home missing body parts due to
deliberate indifference shown by the administration at Springfield
despite the fact that they claimed that Gray was receiving the very
best care available.

Then this Court can review United States v. Alvin J. Bufkin,
Case no. 21-20370 USDC E.D.MI. 6/06/25. The Court ruled that Bufkin
would be immediately released because while suffering from End-Stag-

Renal-Failure the FBOP had Bufkin's right kidney removed and discovered
a cancerous tumor behind the kidney. Despite the clear evidence of
the cancer, the medical staff refused to have him seen or treated
by an oncologist or examined for the possibility of treating the can-
cer. The court found that Bufkin "is suffering from a serious physical
or medical condition," and the condition "substantially diminishes
the ability of the defendant to provide self-care within the enviro-
ment of a correctional facility and from which he is not expected to
recover." U.S.S.G.§ 1B1.13(b)(1)(B)(i). The Court also found that the
Defendant was "suffering- from a medical condition that requires long
term or specialized medical care that is not being provided and without
which the defendant is at risk of serious deterioration in health
or death." § 1B1.13(b)(1)(C).

In this case the Government once again stated that the inmate
was receiving the best medical care available and that Bufkin would
be worse off if he was released. Then the government stated that the
18 U.S.C.§ 3553(a) factors do not favor release and therefore he
should be denied relief. Yet the defendant pointed out that the gover-
nment was incorrect in that holding because in extraordinary and
compelling circumstances, the court may reduce a sentence "after
considering" the §3553(a) factors to the extent applicable. 18 U.S.C.
§3582(c)(1)(A). Thus, a reduction is appropriate, even when the 18
U.S.C.§ 3553(a) factors "do not particularly favor early release,"
as long as "they do not preclude it, either." United States v. Rucker,

NO. 17-20716, 2020 wl 7240900, AT *1 (E.D. Mich. Dec.9, 2020). The
Defendant in this case points out that his case and the cases raised
here for this court's review are all from Springfield MCFP Prison
and closely resembles <u>United States v Mabry</u>, 2024 Westlaw 3517809
(S.D. Oh. 7/24/24) where the court granted release to an inmate with
end stage renal disease.

Finally, in a worse case scenario we unfortunately have to
bring to this court's attention where an inmate named Ricky Dale
Leavitt, who suffered from end stage renal failure and was being
treated here at Springfield MCFP, was left crying out for help, on
the floor in the RDAP treatment ward after being treated at dialysis.
He begged, literally, for help and to be taken to the hospital. He was
ignored by medical staff for hours until he stopped breathing. He
died while Springfield medical staff looked on and did absolutely
nothing. This was witnessed by over 20 inmates, for hours who tried
to get him help. This occurred over the July Fourth weekend this year.
(2025).

IN CONCLUSION

The Defendant points out that he is asking this Honorable
Court to consider several avenues for relief in his case. He is
aware that this court has reservations about his outright release
as it brought to light in the past. Lee has reviewed what this court
stated previously and believes that there are ways for relief to be
granted that would allow both the Court and the government to be
convinced that the possible "danger" that they believes he poses

to society would be minimzed and put in check. He points out that a reduction in time so that he had a hope of being able to survive this sentence. A court ordered medical check-up for the purpose of ensuring that Lee was placed on the transplant list would go far towards making sure that Lee would be left to die in this place. The Court could also order that Lee be released on ankle monitor for the purpose of receiving a transplant while being restricted to his home except for medical procedures and other necessary requirements.

His prior release plans are still viable. There are private medical facilities in South Carolina providing organ transplantation services deliver medical care. He has community and family support who are willing to help him get to his medical appointments and help him transition back into society successfully. Despite the difficult health problems that Lee has, his friends are willing to help him change his life, get healthy, and to mend the fences with those that he had hurt in the past.

Lee wants the chance to show that there is a chance for life to mean something after drugs and addiction and catastrophic medical issues. He wants to show that it is possible to survive it all. He begs this court for some level of relief that will allow him to see the light at the end of the tunnel.

Respectfully submitted on the 5th day of August 2025.

ATTACHMENT 3

# ADDITIONAL INFORMATION

To the extent that you have additional information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.


8-8-25
_____
Date

_____
Signature

**Brian Dale Lee**
_____
Printed Name

**33304-171**
_____
Federal Bureau of Prisons Register No.

**MCFP Springfield**
_____
Federal Bureau of Prisons Facility

**P.O. Box 4000  Springfield,MO  65801-4000**
_____
Institution's Address