Brian Dale Lee #33304-171
Medical Center
P.O. Box 4000
Springfield M.O.
65801

Clerk of Court
85 Broad St
Charleston SC
29401






