IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:18-cr-264-RMG |
|---|---|
| vs. | |
| BRIAN DALE LEE | **MOTION FOR EXTENSION** |

COMES NOW the United States of America, by and through its undersigned counsel, and petitions this Honorable Court for an extension of time to file a response to the Defendant's Motion for Compassionate Release. Counsel for the Government is working diligently on the response but has several time-sensitive matters to address in other cases, which have taken up the majority of his time. Counsel for the Government is also waiting to receive additional information from the Bureau of Prisons regarding the Defendant's claims.

Therefore, in order to properly respond to the Defendant's motion for compassionate release, the undersigned counsel respectfully requests a thirty (30) day extension to file its response.

Respectfully Submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

BY: s/ Nick Bianchi
    Nick Bianchi (Fed. ID # 10245)
    Assistant United States Attorney
    151 Meeting Street, Suite 200
    Charleston, SC 29401
    Tel.: 843-727-4381

September 19, 2025